UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-60117-LEIBOWITZ

UNITED STATES OF AMERICA

vs.

SANJAY SINGH,

           **Defendant.**

_____/

## UNITED STATES' EXHIBIT LIST

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. David S. Leibowitz | Robert F. Moore /Roger Cruz | Abigail Becker /Victor VanDyke |
| TRIAL DATE(S) 10/07/2024 | COURT REPORTER | COURTROOM DEPUTY Tamisha Shotwell |

| PLF. NO. | EX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1-1 | | | | 2020-09-23-Costello - Equipment Rental Agreement |
| | 1-2 | | | | 2021-04-16-Costello - Equipment Rental Agreement |
| | 1-3 | | | | 2021-10-26-Costello - Equipment Lease Agreement |
| | 1-4 | | | | 2022-03-18-Costello - Equipment Lease Agreement |
| | 1-5 | | | | 2022-06-20- Costello- Trailer Sponsorship Investment Agreement- |
| | 1-6 | | | | 2022-07-22- Costello- Trailer Sponsorship Investment Agreement |
| | 1-7 | | | | 2022-09-6-Costello - Equipment Lease Agreement |
| | 1-8 | | | | 2023- 01-5-Costello - Equiptment Lease Agreement |
| | 1-9 | | | | 2023-01-5-Costello - Short Term Loan Agreement- 50k |
| | 1-10 | | | | 2023-02-06- Costello- Real Estate Sponsorship Investment Agreement- 40k |
| | 1-11 | | | | 2023-03-6-Costello - Short Term Loan Agreement- 50k |
| | 1-12 | | | | 2023-03-16-Costello - Trailer Sponsorship Agreement |
| | 1-13 | | | | 2023-04-6-Costello - Short Term Loan Agreement - 35K |
| | 1-14 | | | | 2023-04-6-Costello - Short Term Loan Agreement-25K |
| | 1-15 | | | | 2023-04-13- Costello - Short Term Loan Agreement-64K |

| | | | | | |
|---|---|---|---|---|---|
| | 1-16 | | | | 2023-06-1-Costello - Dealership Financial Sponsor Agreement |
| | 1-17 | | | | Costello - Equipment Lease Agreement |
| | 1-18 | | | | Costello Investment Information |
| | 1-19 | | | | Royal Investor Connect- What's App Msg Thread |
| | 1-20 | | | | RBH- DEALERSHIP - VISION COMMERCIAL SALVES INVESTORS- What's App Msg Thread |
| | 1-21 | | | | Sanjay Texts 1-15 |
| | 2 | | | | 2022-1-5- Anup- Equipment Contract- 70k |
| | 2-1 | | | | 2022-8-2-Anup- Equipment Contract- 90k |
| | 2-2 | | | | 2022-8-2-Anup- Short Term Loan Agreement- 60k |
| | 2-3 | | | | 2022-9-6-Anup- Short Term Loan Agreement- 15k |
| | 2-4 | | | | 2022-9-22-Anup- Equipment Contract- 45k |
| | 2-5 | | | | 2022-11-7-Anup- Equipment Contract- 90k |
| | 2-6 | | | | 2022-12-06- Anup- Equipment Contract- 90k |
| | 2-7 | | | | 2023-04-09- Anup- Short Term Loan Agreement- 50k |
| | 2-8 | | | | 8-2-22 Check 150k |
| | 2-9 | | | | 9-6-22 Check 15k |
| | 2-10 | | | | Anup R Refund Email Thread |
| | 3 | | | | 2021-4-2-CB Construction and Safety |
| | 3-1 | | | | 2021-8-3-CB Construction and Safety |
| | 3-2 | | | | Camy Bertrand Check 35k |
| | 3-3 | | | | 2022-3-31-CB Construction and Safety LLC |
| | 3-4 | | | | 2023-2-13-CB Construction and Safety |
| | 3-5 | | | | 2023-03-31- Bertrand- Short Term Loan Agreement- 35k |
| | 3-6 | | | | Bertrand email thread kicking him (need to find this)- removed from Whats App on 4-22-23 when Sanjay terminated the group |
| | 3-7 | | | | Bertrand email asking back in |
| | 3-8 | | | | 2023-04-19- Zoom_Meeting_Recording |
| | 3-9 | | | | 2023-05-01- Zoom_Meeting_Recording |
| | 3-10 | | | | 2023-05-19- Zoom_Meeting_Recording |
| | 4 | | | | 2021-01-15- Bien-Aime- Equipment Rental Agreement- 70k |
| | 4.1 | | | | 2023-03-13- Bien-Aime- Short Term Loan Contract- 35k |

| | | | | | |
|---|---|---|---|---|---|
| | 5 | | | | 2022-03-15- Preux/Gallumette- Loan Agreement- 60k |
| | 5.1 | | | | Gallumette Email |
| | 6 | | | | 2021-11-17- Felix- Equipment Rental- 70k |
| | 6-1 | | | | 2023-05-30- Felix- Short Term Loan Agreement- 35k |
| | 6-3 | | | | 2021-11-17- Felix 70k check |
| | 6-4 | | | | 2023-01-20- Felix- 35k check |
| | 6-5 | | | | 2023-05-30- Felix- 35 check |
| | 7 | | | | 2022-04-29-P Williams- Equipment contract- 35k |
| | 7-1 | | | | P Williams Email - Contract Termination |
| | 7-2 | | | | P Williams Email |
| | 7-3 | | | | P Williams Email |
| | 7-4 | | | | P Williams Email |
| | 7-5 | | | | Pasha William Messages-Contact Information |
| | 8 | | | | 2021-11-08- K Cooper- Equipment Contract- $35k |
| | 8-1 | | | | 2022-03-31- K Cooper- Short Lease- $35k |
| | 8-2 | | | | K Cooper Email |
| | 8-3 | | | | K Cooper Email |
| | 8-4 | | | | K Cooper Email |
| | 8-5 | | | | K Cooper Email |
| | 8-6 | | | | K Cooper Email |
| | 8-7 | | | | K Cooper Email |
| | 8-8 | | | | K Cooper Email |
| | 8-9 | | | | K Cooper Email |
| | 8-10 | | | | K Cooper Email |
| | 9 | | | | 2022-07-22- Jean W Jean- Equipment Rental Agreement- 90k |
| | 9-1 | | | | 2023-01-25- Jean W Jean- Short Term Lease Agreement- 70k |
| | 9-2 | | | | 2023-01-25- Jean W Jean- Short Term Lease Agreement- 35k |
| | 9-3 | | | | 2023-01-25- Jean W Jean- Short Term Lease Agreement- 50k |
| | 9-4 | | | | 2023-01-25- Jean W Jean- Equipment Contract- 50k |
| | 10 | | | | 2022-08-04- Justilien- Short Term Loan Agreement- 15k |
| | 10-1 | | | | 2023-01-27- Justilien- Short Term Loan Agreement- 35k |

| | | | | | |
|---|---|---|---|---|---|
| | 10-2 | | | | 2023-06-06- Justilien- Short Term Loan Agreement- 50k |
| | 10-3 | | | | Nov 2022 email |
| | 10-4 | | | | May 2023 email |
| | 11 | | | | 2022-08-15- C Apagwu- Equipment Contract- 45k |
| | 11-1 | | | | 2022-10-13- C Apagwu – Equipment Contract- 45k |
| | 11-2 | | | | 2022-10-13- C Apagwu – Equipment Contract- 55k |
| | 11-3 | | | | 2023-04-07- C Apagwu- Short Term Loan Agreement- 50k |
| | 11-4 | | | | 2023-04-10- C Apagwu Short Term Loan Agreement 50k |
| | 11-5 | | | | 2023-04-13- C Apagwu Short Term Loan Agreement 50k |
| | 11-6 | | | | 2023-05-04- C Apagwu Short Term Loan Agreement 30k |
| | 11-7 | | | | 2023-05-24- C Apagwu Short Term Loan Agreement 35k |
| | 11-8 | | | | Investment List from Laine |
| | 12 | | | | 2022-08-02- K Apagwu- Short Term Loan Agreement- 25k |
| | 12-1 | | | | 2022-08-15- K Apagwu- Equipment Contract- 45k |
| | 12-2 | | | | 2022-10-17- K Apagwu- Equipment Contract- 45k |
| | 12-3 | | | | 2022-12-06- K Apagwu- Equipment Contract- 45k |
| | 12-4 | | | | 2023-02-14- K Apagwu- Short Term Loan Agreement- 50k |
| | 13 | | | | 2022-02-10- Manohar- Short Term Loan Agreement- 100k |
| | 13-1 | | | | 2022-11-09- Manohar- Equipment Contract- 45k |
| | 13-2 | | | | 2022-12-29- Manohar- Short Term Loan Agreement- 100k |
| | 13-3 | | | | 2023-03-09- Manohar- Short Term Loan Agreement- 50k |
| | 13-4 | | | | 2023-04-13- Manohar- Short Term Loan Agreement- 50k |
| | 13-5 | | | | 2023-05-15- Manohar- Short Term Loan Agreement- 100k |
| | 13-6 | | | | 2023-05-22- Manohar- Short Term Loan Agreement- 35k |
| | 13-7 | | | | 2023-05-30- Manohar- Short Term Loan Agreement- 35k |
| | 13-8 | | | | B Manohar and Laine emails |
| | 13-9 | | | | Laine forwards Email to Sanjay |
| | 13-10 | | | | B Manohar forwards email to Sanjay |
| | 13-11 | | | | RBL Investor Plan |
| | 14 | | | | 2019-03-01- H & S Randhawa- Equipment Contract- |
| | 14-1 | | | | 2021-02-12- H & S Randhawa- Equipment Contract- 35k |

| | | | | | |
|---|---|---|---|---|---|
| | 14-2 | | | | 2023-04-14- H & S Randhawa- Equipment Contract-50k |
| | 15 | | | | 2022 Investor Seminar |
| | 15-1 | | | | 2022 Investor Seminar Transcript |
| | 15-2 | | | | Dir of Business Development in Lubbock TX |
| | 15-3 | | | | Dir of Business Development in Lubbock TX Transcript |
| | 15-4 | | | | October 16, 2020 Nate Lassuer video |
| | 15-5 | | | | October 16, 2020 Nate Lassuer video Transcript |
| | 15-6 | | | | RBL - GA Investor Conference |
| | 15-7 | | | | RBL - GA Investor Conference Transcript |
| | 15-8 | | | | RBL 2020 12 05 |
| | 15-9 | | | | RBL 2020 12 05 NEED ACTUAL TRANSCRIPT NO WDS ON THIS |
| | 15-10 | | | | RBL 2022 Investor Banquet |
| | 15-11 | | | | RBL 2022 Investor Banquet Transcript |
| | 15-12 | | | | RBL Investors Zoom Meeting- Nov 2022 |
| | 15-13 | | | | RBL Investors Zoom Meeting- Nov 2022 Transcript |
| | 15-14 | | | | RBL Investor Presentation 9-7-22 |
| | 15-15 | | | | RBL Investor Presentation 9-7-22 Transcript |
| | 15-16 | | | | Royal Bengal Logistics EOYDOY |
| | 15-17 | | | | Royal Bengal Logistics EOYDOY Transcript |
| | 15-18 | | | | VP RBL In Engineering and Maintenance Video |
| | 15-19 | | | | VP RBL In Engineering and Maintenance Transcript |
| | 15-20 | | | | Driving The American Dream Trailer |
| | 15-21 | | | | Driving The American Dream Trailer Transcript |
| | 15-22 | | | | Driving The American Dream Full Video |
| | 15-23 | | | | Driving The American Dream Full Video Transcript |
| | 15-24 | | | | VP RBL IN Engineering and Maintenance Facility Lubbock TX |
| | 15-25 | | | | VP RBL IN Engineering and Maintenance Facility Lubbock TX Transcript |
| | 15-26 | | | | August 15, 2021, Video /w Nate (This appears to be a duplicate) |
| | 15-27 | | | | RBL YouTube Video of Truck |
| | 15-28 | | | | RBL Investor Video |
| | 15-29 | | | | RBL Advertisement |

|  | | | | | |
|---|---|---|---|---|---|
|  | 15-30 | | | | Royal Bengal Logistic Advertisement 2 |
|  | 16 | | | | Excel SS 227170 RBL 2019 INC. Profit and Loss-2 |
|  | 16-1 | | | | Excel SS 227171 RBL INC. Profit & Loss |
|  | 16-2 | | | | CV Sanjay Singh |
|  | 16-3 | | | | D&B RBL Inc. 04-12-2021 |
|  | 16-4 | | | | RBL eStmt 2020-10-30 |
|  | 16-5 | | | | RBL eStmt 2020-11-30 |
|  | 16-6 | | | | eStmt_2020-12-31 |
|  | 16-7 | | | | RBL eStmt 2021-01-29 |
|  | 16-8 | | | | RBL eStmt 2021-02-26 |
|  | 16-9 | | | | RBL eStmt 2021-03-31 |
|  | 16-10 | | | | RBL FL Corp Records |
|  | 16-11 | | | | Investor and Payment Sheet |
|  | 16-12 | | | | Reese RBL Lease FULLY executed 06.23.2021 |
|  | 16-13 | | | | North American Aerospace FL Corp Records |
|  | 16-14 | | | | NORTH AMERICA AEROSPACE INVESTOR CONSORTIUM |
|  | 16-15 | | | | RBL First Amendment to B82 Lease FULLY EXECUTED |
|  | 16-16 | | | | RBL Ground Lease FULLY EXECUTED |
|  | 16-17 | | | | RBL ROU Truck Driving Course FULLY EXECUTED |
|  | 16-18 | | | | RE- Request for Information - Royal Bengal Logistics Inc. & North America Aerospace LLC. |
|  | 16-19 | | | | SANJAY SINGH Credit Karma |
|  | 16-20 | | | | Cert of Authenticity - RBL documents |
|  | 16-21 | | | | Singh Email to Provost regarding Scope of Work |
|  | 17 | | | | ALL ADP RECORDS: ADP |
|  | 17-1 | | | | ADP Records 1 |
|  | 18 | | | | Jeremy Perkins Email #1 |
|  | 18-1 | | | | Jeremy Perkins Email #2 |
|  | 18-2 | | | | Jeremy Perkins Email #3 |
|  | 18-3 | | | | Jeremy Perkins Email #4 |
|  | 18-4 | | | | Jeremy Perkins Email #5 |
|  | 18-5 | | | | Jeremy Perkins Email #6 |
|  | 18-6 | | | | Jeremy Perkins Email #7 |
|  | 18-7 | | | | Jeremy Perkins Email #8 |

| | | | | | |
|---|---|---|---|---|---|
| | 19 | | | | RBL – Request for Safety Rating Upgrade and Safety Management Plan (First Floor Box RBL) |
| | 20 | | | | Ricardo Gutierrez Kastigar Letter |
| | 20-1 | | | | Gutierrez BOA Records (trading transfer) |
| | 20-2 | | | | Gutierrez TD Ameritrade Records |
| | 20-3 | | | | 2022-05-24- Gutierrez- contract |
| | 20-4 | | | | 2022-10-04- Gutierrez- contract |
| | 21 | | | | Mulkey email #1 |
| | 21-1 | | | | Mulkey email #2 |
| | 21-2 | | | | Mulkey email #3 |
| | 22 | | | | JP Morgan Chase account ending in 6315- Sejour helped open |
| | 22-1 | | | | JP Morgan Chase Sheetal account- Sejour helped open |
| | 22-2 | | | | JP Morgan Chase account ending in 4380- Sejour & Sanjay Signer |
| | 22-3 | | | | Wire Details approved by Sejour |
| | 22-4 | | | | BOA Account ending in 6001- - Sejour & Sanjay Signer |
| | 22-5 | | | | Sejour email #1 |
| | 22-6 | | | | Sejour email #2 |
| | 23 | | | | Richard Rand diagram of the office |
| | 23-1 | | | | 2022-12-01-Rand – Short Term Loan Agreement |
| | 23-2 | | | | 2023-01-11-Rand – Short Term Loan Agreement |
| | 23-3 | | | | 2022 RBL Investor Plan |
| | 23-4 | | | | Rand email #1 |
| | 23-5 | | | | Rand email #2 |
| | 23-6 | | | | Rand email #3 |
| | 23-7 | | | | Rand email #4 |
| | 23-8 | | | | Rand email #5 |
| | 23-9 | | | | Rand email #6 |
| | 23-10 | | | | Rand email #7 |
| | 23-11 | | | | Rand email #8 |
| | 24 | | | | emails with Phelps & Mr. Singh |
| | 24-1 | | | | Equipment List |
| | 24-2 | | | | RBL FMCSA GROSS REV LETTER |
| | 24-3 | | | | Sample Lease Docs for Phelps |
| | 24-4 | | | | LINKEDIN Royal look up |
| | 24-5 | | | | OOS ORDER (EFF 10-18-21 BUT NEVER WENT INTO EFFECT BECAUSE UPGRADE WAS APPROVED) |
| | 24-6 | | | | Re_ Question concerning Royal Bengal Audit |

| | | | | | |
|---|---|---|---|---|---|
| | 24-7 | | | | Royal Bengal Logistics Inv Report 2021 |
| | 24-8 | | | | Royal Bengal Logistics Inv Report 2023 |
| | 24-9 | | | | Royal Bengal Driver List provided to Phelps |
| | 24-10 | | | | Unsatisfactory Letter (OOS within 60 days of official Notice) |
| | 24-11 | | | | RBL Upgrade request |
| | 24-12 | | | | Upgrade to conditional (was done within the 60 days) |
| | 24-13 | | | | Revenue Calculation letter |
| | 24-14 | | | | Charger_Logistics_2022 (2) |
| | 24-15 | | | | Yearly Revenue Report |
| | 25 | | | | Wex Composite 1 |
| | 25-1 | | | | Wex Composite 2 |
| | 25-2 | | | | Wex Composite 3 |
| | 26 | | | | Elizabeth Hueber Email #1 |
| | 26-1 | | | | Elizabeth Hueber Email #2 |
| | 26-2 | | | | Elizabeth Hueber Email #3 |
| | 26-3 | | | | Elizabeth Hueber Email #4 |
| | 26-4 | | | | Elizabeth Hueber Email #5 |
| | 26-5 | | | | Elizabeth Hueber Email #6 |
| | 26-6 | | | | Elizabeth Hueber Email #7 |
| | 26-7 | | | | Elizabeth Hueber Email #8 |
| | 26-8 | | | | Elizabeth Hueber Email #9 |
| | 26-9 | | | | Elizabeth Hueber Email #10 |
| | 26-10 | | | | Elizabeth Hueber Email #11 |
| | 26-11 | | | | Elizabeth Hueber Email #12 |
| | 26-12 | | | | Elizabeth Hueber Email #13 |
| | 26-13 | | | | Elizabeth Hueber Email #14 |
| | 26-14 | | | | Elizabeth Hueber Email #15 |
| | 26-15 | | | | Elizabeth Hueber Email #16 |
| | 26-16 | | | | Elizabeth Hueber Email #17 |
| | 26-17 | | | | Elizabeth Hueber Email #18 |
| | 26-18 | | | | Elizabeth Hueber Email #19 |
| | 26-19 | | | | Elizabeth Hueber Email #20 |
| | 27 | | | | Bank of America      Royal Bengal Logistics  4001 |
| | 28 | | | | Citibank                   Royal Bengal Logistics  4380 |
| | 29 | | | | Wells Fargo Bank      Royal Bengal Logistics  5094 |
| | 30 | | | | Truist Bank               Royal Bengal Logistics  5441 |
| | 31 | | | | TD Bank                   Royal Bengal Logistics  8005 |

| # | | | | | Bank | Account Name | Last 4 |
|---|---|---|---|---|---|---|---|
| 32 | | | | | Evolve Bank & Trust | Royal Bengal Logistics | 3720 |
| 33 | | | | | JP Morgan Chase | Royal Bengal Logistics | 6315 |
| 34 | | | | | The Bancorp | Royal Bengal Logistics | 6716 |
| 35 | | | | | Bank of America | Royal Bengal Logistics | 6014 |
| 36 | | | | | Bank of America | Royal Bengal Logistics | 0895 |
| 37 | | | | | Bank of America | Royal Bengal Logistics | 0934 |
| 38 | | | | | Bank of America | Sanjay Singh-Sheetal | 2459 |
| 39 | | | | | Bank of America | Sheetal S Singh | 7913 |
| 40 | | | | | Bank of America | North America Aerospace-Singh | 7858 |
| 41 | | | | | Bank of America | Ricardo A Gutierrez | 9394 |
| 42 | | | | | Bank of America | Ricardo A Gutierrez | 8013 |
| 43 | | | | | Bright Star Credit Union | Ricardo A Gutierrez | 0060 |
| 44 | | | | | JP Morgan Chase | B.S.C. Holdings, LLC | 6905 |
| 45 | | | | | JP Morgan Chase | North America Aerospace-Singh | 9152 |
| 46 | | | | | JP Morgan Chase | Sanjay Singh | 0402 |
| 47 | | | | | JP Morgan Chase | Sanjay Singh | 1795 |
| 48 | | | | | JP Morgan Chase | Sanjay Singh | 6268 |
| 49 | | | | | JP Morgan Chase | Sheetal S Singh | 8116 |
| 50 | | | | | JP Morgan Chase | Sanjay Singh | 3197 |
| 51 | | | | | JP Morgan Chase | Sanjay Singh | 0957 |
| 52 | | | | | JP Morgan Chase | Sanjay Singh | 3314 |
| 53 | | | | | JP Morgan Chase | Sanjay Singh | 7525 |
| 54 | | | | | JP Morgan Chase | Sanjay Singh | 7725 |
| 55 | | | | | Wells Fargo Bank | Cingar Transports, LLC | 5048 |
| 56 | | | | | Wells Fargo Bank | Barathi Kannan Chidambaram | 3980 |
| 57 | | | | | Wells Fargo Bank | Sanjay Singh | 5605 |
| 58 | | | | | TD Bank | Coral Springs United CC | 8007 |
| 59 | | | | | TD Ameritrade | Royal Bengal Logistics | 3647 |
| 60 | | | | | TD Ameritrade | Sanjay Singh | 7115 |
| 61 | | | | | TD Ameritrade | Ricardo Gutierrez | 4303 |
| 62 | | | | | TD Ameritrade | Barathi Chidambaram | 1136 |
| 63 | | | | | Space Coast Credit Union | Royal Bengal Logistics | 1541 |
| 64 | | | | | Space Coast Credit Union | Royal Bengal Logistics | 1525 |
| 65 | | | | | Charles Schawb | Sanjay Singh | 4471 |
| 66 | | | | | Interactive Brokers | Sanjay Singh | 2755 |
| 66-1 | | | | | Interactive Brokers | Risk Disclosures | |
| 67 | | | | | Robinhood | Sanjay Singh | 7164 |

| # | | | | Description |
|---|---|---|---|---|
| 68 | | | | Prosperity Bank   Royal Bengal Logistics, Inc.   3123 |
| 69 | | | | Morgan Stanley Private Bank   Sanjay Singh   1583 |
| 70 | | | | Etrade By Morgan Stanley   Sanjay Singh   7347 |
| 71 | | | | American Express Bank   Cingar Transports Chidambaram   7378 |
| 72 | | | | Sun Trust Bank   Royal Bengal Logistics, Inc.   4741 |
| 73 | | | | Sun Trust Bank   Royal Bengal Logistics, Inc.   4006 |
| 74 | | | | Truist Bank   Royal Bengal Logistics, Inc.   5379 |
| 75 | | | | Truist Bank   Sanjay Singh   0534 |
| 76 | | | | Truist Bank   Sanjay Singh   4427 |
| 77 | | | | Truist Bank   Sheetal S Singh   9807 |
| 78 | | | | Truist Bank   Sheetal S Singh   9282 |
| 79 | | | | Capital One Bank   Royal Bengal Logistics   4843 |
| 80 | | | | Capital One Bank   Sanjay Singh   7311 |
| 81 | | | | Plains Capital Bank   Royal Bengal Fleet Support   6202 |
| 82 | | | | Trade Station   Sanjay Singh   3780 |
| 83 | | | | Fidelity Brokerage Services   Sanjay Singh   5873 |
| 84 | | | | Fidelity Brokerage Services   Sheetal S Singh   2398 |
| 85 | | | | Fidelity Brokerage Services   Sheetal S Singh   5796 |
| 86 | | | | Vanguard   Sanjay Singh   1638 |
| 87 | | | | Coinbase   Sheetal S Singh   6089b1fe2272fc0c31f2884f |
| 88 | | | | Coinbase   Sanjay Singh   60bd2b79525d60216c8178a8 |
| 89 | | | | Truist Bank/Sun Trust Bank   Royal Bengal Logistics   4006 |
| 90 | | | | Truist Bank   Royal Bengal Logistics   4741 |
| 91 | | | | Truist Bank   Royal Bengal Logistics - Sanjay Singh   1101 |
| 92 | | | | Truist Bank   Brisly Guillaume   6016 |
| 93 | | | | Truist Bank   Brisly Guillaume   3984 |
| 94 | | | | Truist Bank   Elizabeth Hueber   5109 |
| 95 | | | | Bank of America   Brisly Guillaume   8920 |
| 96 | | | | Bank of America   Brisly Guillaume   9516 |
| 97 | | | | Bank of America   Brisly Guillaume   4352 |
| 98 | | | | Robinhood   Sanjay Singh   4653 |
| 99 | | | | TD Bank   Infinite Capital Holding, Inc.   4666 |
| 100 | | | | TD Bank   Ricardi Celicourt   0208 |
| 101 | | | | Sanjay Singh signed bank signature cards composite exhibit |
| 102 | | | | Bank records certification (composite exhibit) |
| 103 | | | | Redacted Sanjay Singh DL |
| 104 | | | | Items from Sanjay Singh's Desk (Liability Doc) |

| | | | | | |
|---|---|---|---|---|---|
| | 105 | | | | 2022-10-14- Margate Siloe Church of Nazarene- Short Term Contract- 35k |
| | 105-1 | | | | 2023-3-24 Margate short term loan 35k |
| | 106 | | | | 2021-09-03- Redemption Baptist Church- Long Term Contract- 250k |
| | 107 | | | | Mount Olive Church of God Church Flyer |
| | 108 | | | | Royal Bengal Bengal, Inc.'s Sources of Funds Pie Chart |
| | 109 | | | | Royal Bengal Bengal, Inc.'s Investor Funds In/Out |
| | 110 | | | | Charts-Composite Exhibit folder |
| | 111 | | | | 2022-7-6 Wilson Aldajuste short term loan 25k |
| | 112 | | | | 1B16 Report |
| | 112-1 | | | | You're Invited Flyer |
| | 112-2 | | | | RBL Investor Plan 2023 |
| | 112-3 | | | | RBL New Short Term Plan |
| | 112-4 | | | | RBL Trifold Layout |
| | 112-5 | | | | Full Investor Spreadsheet- $RR6IEK6 |
| | 112-6 | | | | Less Annoying Spreadsheet- 11B5C7E4 |
| | 113 | | | | 1B5 Report |
| | 113-1 | | | | 1685461583-drivers_detail |
| | 113-2 | | | | Report files |
| | 113-3 | | | | 1685462851-vehicles_detail |
| | 113-4 | | | | YEARLY REVENUE REPORT |
| | 114 | | | | 1B4 Report |
| | 114-1 | | | | Browser Credentials |
| | 114-2 | | | | Business URL- Ameritrade |
| | 114-3 | | | | Business URL- Wells Fargo |
| | 114-4 | | | | Business URL- Fidelity Investments |
| | 114-5 | | | | Business URL- Ameritrade |
| | 114-6 | | | | Business URL- Trade Station |
| | 114-7 | | | | Business URL- Interactive Brokers |
| | 114-8 | | | | Business URL- Schwab Borkerage |
| | 114-9 | | | | Google Search- High frequency trading applications |
| | 114-10 | | | | Google Search- Trading brokers in usa |
| | 114-11 | | | | Google Search- Standards of Fraud |
| | 114-12 | | | | Google Search- AMC stock |
| | 114-13 | | | | Google Search- Can Business Do Stock Trading |
| | 114-15 | | | | Google Search- Business Trading Account |
| | 114-16 | | | | Google Search- business account for stock trading |
| | 114-17 | | | | Google Search- robinhood business account |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 114-18 |  |  |  | Google Search- implied volatility options trading |
|  | 114-19 |  |  |  | Google Search- how to verify AMC stock |
|  | 114-20 |  |  |  | Google Search- NASDAQ bbig |
|  | 114-21 |  |  |  | Google Search- dwac stock price prediction |
|  | 114-22 |  |  |  | Sanjay wire photo |
|  | 114-23 |  |  |  | Sanjay wire photo 2 |
|  | 114-24 |  |  |  | Sanjay wire photo 3 |
|  | 114-25 |  |  |  | Sanjay photo |
|  | 114-26 |  |  |  | Sanjay photo 2 |
|  | 114-27 |  |  |  | Sanjay's iPhone connect |
|  | 114-28 |  |  |  | Sanjay's keyboard connect |
|  | 114-29 |  |  |  | Sanjay's airpod connect |
|  | 114-30 |  |  |  | Sanjay's Beats connect |
|  | 114-31 |  |  |  | Trading Screenshot 1 |
|  | 114-32 |  |  |  | Trading Screenshot 2 |
|  | 114-33 |  |  |  | Trading Screenshot 3 |
|  | 114-34 |  |  |  | Trading Screenshot 4 |
|  | 114-35 |  |  |  | Trading Screenshot 5 |
|  | 114-36 |  |  |  | Trading Screenshot 6 |
|  | 114-37 |  |  |  | Whats App Chat Image |
|  | 115 |  |  |  | RBL Haitian Airline Document 1 |
|  | 115-1 |  |  |  | RBL Haitian Airline Document 2 |
|  | 115-2 |  |  |  | RBL Haitian Airline Document 3 |
|  | 115-3 |  |  |  | Sanjay email to Rajini- Bus Development |
|  | 115-4 |  |  |  | Laine email to Jeremy – Bus Development |
|  | 115-5 |  |  |  | Sanjay Pilot App email 1 |
|  | 115-6 |  |  |  | Sanjay Pilot App email 2 |
|  | 115-7 |  |  |  | Sanjay Pilot App email 3 |
|  | 115-8 |  |  |  | Sanjay loan nonpayment email |
|  | 115-9 |  |  |  | Sanjay loan submission |
|  | 115-10 |  |  |  | Sanjay company philosophy email |
|  | 115-11 |  |  |  | Sanjay to Hueber email re tax |
|  | 115-12 |  |  |  | 2021 tax attachment |
|  | 115-13 |  |  |  | RBL Whats App Truck Chat |
|  | 116 |  |  |  | Sharon Cooper Email |
|  | 117 |  |  |  | Donald Provost Contract |
|  | 117-1 |  |  |  | Donald Provost with Truck Contract |

| | | | | | |
|---|---|---|---|---|---|
| | 117-2 | | | | Donald Provost Document |
| | 117-3 | | | | Provost email #1 |
| | 117-4 | | | | Provost email #2 |
| | 117-5 | | | | Provost email #3 |
| | 118 | | | | Bellony email #1 |
| | 118-1 | | | | Bellony email #2 |
| | 118-2 | | | | Bellony email #3 |
| | 118-3 | | | | Bellony email #4 |
| | 118-4 | | | | Bellony email #5 |
| | 119 | | | | Anup Singh Rashtrawar's Investments and Payments |
| | 119-1 | | | | Camy Bertrand -CB Construction's Investments and Payments |
| | 119-2 | | | | Salvador St. Hilaire and Bordor, Inc.'s Investments and Payments |
| | 119-3 | | | | Christopher Collins Apagwu's Investments and Payments |
| | 119-4 | | | | 11-8-2021 - K.H.C. - Kara H Cooper |
| | 119-5 | | | | 4-29-2022 - J.W. -Pasha Williams |
| | 119-6 | | | | 8-4-2022 - D.J. Danielle Justilien |
| | 119-7 | | | | 12-29-2022 - Solid Gold Legacy, Inc. B.M. Bharat B Manohar |
| | 119-8 | | | | 1-26-2023 - M.J.J.D and W.J. - Jean Willer Jean |
| | 119-9 | | | | 2-14-2023 - K.A. - Kettline Apagwu |
| | 119-10 | | | | Daniel J. Costello - Skar Trucking, Inc. 's Investments and Payments |
| | 119-11 | | | | Esther Bien-Aime - Menu Operations' Investments and Payments |
| | 119-12 | | | | Garlene And Hubert Multiservices' Investment and Payments |
| | 119-13 | | | | Guesline S. Portilus' Investments |
| | 119-14 | | | | Jesusdieu Portilus  and G&S Investment Properties LLC's Investments and Payments |
| | 119-15 | | | | Laine D'Orvilliers' Investment and Payment |
| | 119-16 | | | | Nathaniel Lasseur - NL Operations, Inc. - Ginate Enterprises' Investments and Payments |
| | 119-17 | | | | Odilem Felix - TJF Brothers LLC's Investments and Payments |
| | 119-18 | | | | Ricardo A Gutierrez - Maddog Logistics's Payments |
| | 119-19 | | | | Richard Rand's Investments and Payments |
| | 119-20 | | | | 4-26-2022 - Royal Bengal Logistics, Inc.'s Citibank Account To Sanjay Singh's BOA Accoun |
| | 119-21 | | | | Sources & Uses_Summary |
| | 119-22 | | | | Sources & Uses_Detail |
| | 119-23 | | | | Investor Metrics |
| | 119-24 | | | | Insider Transactions |
| | 119-25 | | | | P&L_2022 |

| | | | | | |
|---|---|---|---|---|---|
| | 119-26 | | | | P&L_2023 |
| | 119-27 | | | | Balance Sheet |
| | 119-28 | | | | Revenue v. Investor Funds Pie Chart |
| | 119-29 | | | | Revenue v. Investor Funds Trend |
| | 119-30 | | | | Revenue-Investor Funds v. Payments Trend |
| | 119-31 | | | | Revenue v. Operating Exp |
| | 119-32 | | | | Insiders-Net Disbursements |
| | 119-33 | | | | Insiders & Trading Losses |
| | 119-34 | | | | (CRM Reports) Contact and Companies |
| | 119-35 | | | | (CRM Reports) Note_Report_2023-06-26 |
| | 119-36 | | | | (Forrest Robinson) 2018 Form 1120S |
| | 119-37 | | | | (Forrest Robinson) 2019 Form 1120S |
| | 119-38 | | | | (Forrest Robinson) 2020 Engagement Letter - Signed |
| | 119-39 | | | | (Forrest Robinson) 2020 Form 1120S |
| | 119-40 | | | | (Forrest Robinson) 2021 Form 1120S |
| | 119-41 | | | | (Quickbook) GL - 2019 |
| | 119-42 | | | | (Quickbook) GL - 2020 |
| | 119-43 | | | | (Quickbook) GL - 2021.01 - 2021.06 |
| | 119-44 | | | | (Quickbook) GL - 2021.07 - 2021.12 |
| | 119-45 | | | | (Quickbook) GL - 2022.01 - 2022.06 |
| | 119-46 | | | | (Quickbook) GL - 2022.07 - 2022.12 |
| | 119-47 | | | | (Quickbook) GL - 2023.01 - 2023.06.24 |
| | 119-48 | | | | (Quickbook) Long Term Investments |
| | 119-49 | | | | (Quickbook) P&L - 2023.01 - 2023.06.23 |
| | 119-50 | | | | (Quickbook) P&L - All Periods |
| | 119-51 | | | | (Quickbook) Short term investments |
| | 119-52 | | | | (Quickbook) Trial Balance - All monthly |
| | 119-53 | | | | (Quickbook) Trial Balance ao 12.31.2022_Accrual Basis |
| | 119-54 | | | | (Quickbook) Trial Balance ao 12.31.2022_Cash Basis |
| | 119-55 | | | | (Quickbook) Truck Lease Payments |
| | 119-56 | | | | (Quickbook) vendor list |
| | 119-57 | | | | (Quickbook)GL – 2018 |
| | 119-58 | | | | (RBL Google Sheets) MAIN_MASTER INVESTORS PLATFORM |
| | 119-59 | | | | (RBL Google Sheets)_RBL  Fleet Management - (FLT Mgt Sheet) |
| | 119-60 | | | | Other QuickBooks spreadsheets |
| | 120 | | | | UC Video 1- 1D1 and 1D2 |
| | 120-1 | | | | UC Video 2- 1D4, 1D5, and 1D6 |

| | | | | | |
|---|---|---|---|---|---|
| | 120-2 | | | | UC Video 3- 1D8 |
| | 120-3 | | | | UCE Documents 1 |
| | 120-4 | | | | UCE Documents 2 |
| | 120-5 | | | | UC Email Chain |
| | 120-6 | | | | WhatsApp chats |
| | 121 | | | | Truist Bank Loan 1101 |
| | 122 | | | | Amex Credit Card  31001 |
| | 123 | | | | BankCorp     18619 |
| | 124 | | | | Royal Bengal Accounts  6001 and 6027 |
| | 125 | | | | Prosperity Bank   3123 |
| | 126 | | | | Space Coast   1525 |
| | 127 | | | | First Internet Bank  6458 |