UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**SANJAY SINGH**,

 Defendant.
_____/

## OMINIBUS ORDER ON MOTIONS

THIS CAUSE came before the Court on Defendant's Motion to Exclude Unnoticed 404(b) Evidence [ECF No. 171]; Government's Motion in Limine [ECF No. 182]; Defendant's Motion for Document Preservation Order and In Camera Review of Jencks/Giglio Information [ECF No. 190]; and Government's Notice of Intent to Rely on Record's Custodian and Scope of Receivers' and Their Forensic Accountant's Testimony [ECF No. 203]. Being fully advised, having reviewed the submissions of the parties and heard the arguments of counsel, and for all the reasons, agreements, and stipulations stated on the record at the October 21, 2024, hearing, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Exclude Unnoticed 404(b) Evidence [ECF No. 171] is GRANTED IN PART and DENIED IN PART.

2. Government's Motion in Limine [ECF No. 182] is RESOLVED IN PART (with respect to Government Exhibits 1-18, 1-19, and 1-20) and DENIED IN PART (with respect to the Government's seeking to admit the entire record marked as Government Exhibit 116, although certain portions may be admitted with proper foundation and an

additional portion is potentially admissible depending upon the cross-examination of the witness).

3. Defendant's Motion for Document Preservation Order and In Camera Review of Jencks/Giglio Information [ECF No. 190] is RESOLVED due to the Receiver's and the United States Attorney's Office's production of records and documents to defense counsel.

4. Government's Notice of Intent to Rely on Record's Custodian and Scope of Receivers' and Their Forensic Accountant's Testimony [ECF No. 203] is RESOLVED IN PART.

The Court further **ORDERS** that a hearing will be held regarding the scope of the anticipated testimony of Paul Lopez, Esq. (as discussed on the record at the October 21, 2024, hearing), including the authentication and evidentiary foundation of certain records and documents, **on Friday, October 25, 2024, at 9:00 am.** The Court will set aside up to two (2) hours for that hearing, and Mr. Lopez will appear in person to give sworn testimony and submit to *voir dire* as explained at the October 21, 2024, hearing and pursuant to Rules 103 and 104 of the Federal Rules of Evidence.

To the extent the Court made additional or more detailed rulings on the record at the October 21, 2024, hearing that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida, this 21st day of October, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

2

CASE NO. 23-60117-CR-LEIBOWITZ

3