UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANJAY SINGH,

    Defendant.
_____/

# DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE<br>Hon. David S. Leibowitz | ASSISTANT UNITED STATES ATTORNEY<br>Robert Moore/Roger Cruz | DEFENDANT'S ATTORNEY<br>Abigail Becker/Victor Van Dyke |
|---|---|---|
| TRIAL DATE<br>October 7, 2024 | COURT REPORTER | COURTROOM DEPUTY<br>Tamisha Shotwell |

| PLF. NO. | EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | A-1 | | | | USDOT FMCSA Safety Investigation August 2021 |
| | A-2 | | | | USDOT FMCSA Safety Investigation February 2023 |
| | A-3 | | | | USDOT FMCSA Vehicle/Equipment List |
| | A-4 | | | | RBL upgrade request to FMCSA 9/27/21 |
| | A-5 | | | | FMCSA upgrade to conditional 10/15/21 |
| | B-1 | | | | Makin Capital file 9/9/22 |
| | B-2 | | | | Makin Capital file 3/14/23 |
| | B-3 | | | | Rand Short Term Loan Agreement 12/1/22 |
| | B-4 | | | | Rand Short Term Loan Agreement 1/11/23 |
| | B-5 | | | | GoMotive fba Keep Truckin Invoices |
| | B-6 | | | | GoMotive fba Keep Truckin Invoices 2 |
| | B-7 | | | | GoMotive Daily Log Jorge Santos |
| | B-8 | | | | traffic crash file |
| | B-9 | | | | Rand driver counseling form 8-15-22 |
| | B-10 | | | | Fleet Policy and Procedure Manual 10-15-21 |
| | B-11 | | | | Fleet Safety Policies and Procedures Manual |
| | B-12 | | | | Safety Management Plan |
| | B-13 | | | | Motive invoice for ELDs and service 10/19/22 |
| | B-14 | | | | Request to upgrade FMCSA rating |
| | B-15 | | | | GoMotive invoice 8-30-22 |

| | | | | |
|---|---|---|---|---|
| B-16 | | | | GoMotive invoice 5-20-22 |
| B-17 | | | | Rand email process to approve repairs 11-16-22 |
| B-22 | | | | Rand email re driver-employee discipline 9-8-22 |
| B-38 | | | | Rand email of resignation 2-8-23 |
| C-1 | | | | Fleet Safety Policies & Procedures Manual |
| C-2 | | | | Internal Hours of Service Procedures 10-14-21 |
| C-3 | | | | LeClair email re MVR Monitoring with JJ Keller 8-13-21 |
| C-4 | | | | LeClair email re enrolling in health ins |
| C-5 | | | | email re fleet management |
| D-1 | | | | Email between Kara Cooper and Laine D'Orvilliers 3-23-22 |
| D-2 | | | | Kara Cooper Certificate of Liability Insurance Axle |
| D-3 | | | | Kara Cooper Certificate of Insurance Prime |
| D-4 | | | | Kara Cooper Truck Invoice |
| D-5 | | | | Cooper Convoy Articles of Organization |
| E-1 | | | | Diesel Diagnostics Records |
| F-1 | | | | RBL All Tests 7-1-21 - 12-31-21 |
| F-2 | | | | RBL All Tests 1-1-22 - 6-30-22 |
| F-3 | | | | RBL all Tests 7-1-22 - 12-31-22 |
| F-4 | | | | USDOT Drug and Alcohol Annual Report 2022 |
| F-5 | | | | 1Q23 Random Urine Drug Test Selections |
| F-6 | | | | Certificate of Enrollment in Drug and Alcohol Program RBL |
| F-7 | | | | RBL INVOICE DETAIL 2018-2023 |
| F-8 | | | | RBL LIST OF DRUG TESTS BY DRIVER 2018-2023 |
| G-1 | | | | Tenstreet invoices |
| G-2 | | | | Tenstreet Master Services Agreement |
| G-3 | | | | UnitedHealthCare Group Policy 9-15-21 |
| G-4 | | | | UnitedHealthCare Group Policy 9-1-22 |
| G-5 | | | | UnitedHealthCare Record of Payment |
| H-1 | | | | email Karen Wolsey to Manohar requesting credit app |
| H-2 | | | | YC Credit application |
| H-3 | | | | email Manohar to Wolsey w completed credit app |
| H-4 | | | | Manohar completed credit app |
| H-5 | | | | Manohar 6-15-23 email with credit app and supporting docs |
| H-6 | | | | Manohar 6-15-23 credit app |
| I-1 | | | | email w pics of Costello reefer trailer |
| I-2 | | | | invoice Costello reefer |
| I-3 | | | | email w pics of Costello's 2nd truck |
| I-4 | | | | Costello email re adding 2nd truck for wife |
| I-5 | | | | Costello email re toll violation |
| I-6 | | | | Costello toll violation |
| I-7 | | | | Costello email re RE investment |
| I-8 | | | | email re Costello truck totaled |

| | | | | |
|---|---|---|---|---|
| | I-9 | | | | Costello email re RBL working w insurance re totaled truck |
| | I-10 | | | | email re cooling off period |
| | I-21 | | | | Singh email re letting 2nd one finalize before 4th investment |
| | J-1 | | | | draft term sheet RBL and Big Charter |
| | J-2 | | | | web application userguide v1.0 |
| | J-3 | | | | photo trailer manufacturing |
| | J-4 | | | | photo trailer manufacturing 2 |
| | J-5 | | | | photo trailer manufacturing 3 |
| | J-6 | | | | FLY BIG ACCOUNTS MAY-JUNE |
| | J-7 | | | | Binding Term Sheet |
| | J-8 | | | | Engagement letter 1-1-21 |
| | J-9 | | | | BL 5-28-21 Invoice |
| | J-10 | | | | BL 7-7-21 Invoice |
| | J-11 | | | | BL 10-26-21 Invoice |
| | J-12 | | | | BL 11-26-21 Invoice |
| | J-13 | | | | BL 1-10-22 Invoice |
| | J-14 | | | | BL 4-4-22 Invoice |
| | J-15 | | | | BL 4-4-22 Invoice |
| | J-16 | | | | BL 7-14-22 Invoice |
| | J-17 | | | | BL 2-10-21 Invoice |
| | J-18 | | | | BL 2-22-21 Invoice |
| | J-19 | | | | BL 3-31-21 Invoice |
| | J-20 | | | | BL 4-30-21 Invoice |
| | J-21 | | | | BL 5-31-21 Invoice |
| | J-22 | | | | BL 6-30-21 Invoice |
| | J-23 | | | | BL 7-31-21 Invoice |
| | J-24 | | | | BL 8-31-21 Invoice |
| | J-25 | | | | BL 9-30-21 Invoice |
| | J-26 | | | | BL Employee Payroll |
| | J-27 | | | | BL Touchmedia Invoice 7-3-23 |
| | J-28 | | | | RBL Driver App User Guide |
| | J-29 | | | | BL RBL engagement letter 9-1-21 |
| | J-30 | | | | BL Touchmedia Invoice 1-5-23 |
| | J-31 | | | | BL Touchmedia Invoice 3-1-23 |
| | J-32 | | | | BL Touchmedia Invoice 4-2-23 |
| | J-33 | | | | BL Touchmedia Invoice 11-3-22 |
| | J-34 | | | | BL 4-1-22 Invoice |
| | J-35 | | | | BL 8-15-22 Invoice |
| | J-36 | | | | BL 7-10-22 Invoice |
| | J-37 | | | | BL 6-25-22 Invoice |
| | J-38 | | | | BL 9-15-22 Invoice |
| | J-39 | | | | BL 2-26-22 Invoice |

| | | | | |
|---|---|---|---|---|
| J-40 | | | | BL 3-13-22 Invoice |
| J-41 | | | | BL 3-26-22 Invoice |
| J-42 | | | | BL 8-25-22 Invoice |
| J-43 | | | | BL 7-20-22 Invoice |
| J-44 | | | | BL 9-27-22 Invoice |
| J-45 | | | | BL 4-14-22 Invoice |
| J-46 | | | | BL 11-28-22 Invoice |
| J-47 | | | | BL 12-26-22 Invoice |
| J-48 | | | | BL 1-26-23 Invoice |
| J-49 | | | | BL 2-26-23 Invoice |
| J-50 | | | | BL 4-17-23 Invoice |
| J-51 | | | | BL 4-26-23 Invoice |
| J-52 | | | | BL 5-30-23 Invoice |
| J-53 | | | | BL 3-27-23 Invoice |
| J-54 | | | | RBL Web Application User Guide 10-2-21 |
| J-55 | | | | BL Touchmedia Invoice 1-5-23 |
| J-56 | | | | EXPENSE SHEET 2022 - 2023 |
| J-57 | | | | Chavan email re payment request 9-28-22 |
| J-58 | | | | Chavan email re payment request 9-7-22 |
| J-59 | | | | BL BOL for trailers |
| J-60 | | | | BL Invoice for trailer shipment |
| J-61 | | | | BL Invoice for trailer shipment 2 |
| J-62 | | | | BL tax invoice for trailer shipment |
| J-63 | | | | M/S Black Lion Translink |
| J-64 | | | | BL Brown Bull Logistics |
| J-65 | | | | Reliance General Ins re shipment |
| J-66 | | | | RBL Payment for dry trailer |
| J-67 | | | | trailer photo |
| J-68 | | | | trailer photo 2 |
| J-69 | | | | trailer photo 3 |
| J-70 | | | | BL 1-26-23 Invoice |
| J-71 | | | | BL 7-7-21 Invoice |
| J-72 | | | | BL 11-26-21 Invoice |
| J-73 | | | | Chavan email weekly deposit to BL 5-5-23 |
| J-74 | | | | Chavan email re shipping bill 8-25-22 |
| J-75 | | | | Chavan email w BL balance sheet 8-29-22 |
| J-76 | | | | BL balance sheet |
| J-77 | | | | Chavan email w engagement letter 9-3-22 |
| J-78 | | | | Chavan email w shipping bill invoice 9-8-22 |
| J-79 | | | | Brown Bull invoice 9-8-22 |
| J-80 | | | | BL Touchmedia Invoice 1-2-23 |
| J-81 | | | | BL 10-3022 Invoice |

| | | | | |
|---|---|---|---|---|
| J-82 | | | | Chavan email re FLYBIG May Data |
| J-83 | | | | FLYBIG May Data |
| J-84 | | | | email re BigCharter Term Sheet 6-3-23 |
| J-85 | | | | BL Touchmedia Invoice 2-4-23 |
| J-86 | | | | Big Charter MOU 5-2-23 |
| J-87 | | | | Chavan email re RBL application 10-13-21 |
| K-1 | | | | New Driver Training Materials |
| L-1 | | | | ADP Materials |
| L-2 | | | | ADP Materials 2 |
| L-3 | | | | ADP Materials 3 |
| L-4 | | | | Mulkey email re offering health ins |
| L-5 | | | | Employee Medical Benefits Open Enrollment Guide |
| L-6 | | | | employment offer letter to mechanic Zachary Rimer |
| L-10 | | | | Mulkey email re trucks waiting for pickup |
| L-15 | | | | Mulkey Indeed candidate email |
| L-23 | | | | Mulkey Indeed application email |
| L-28 | | | | Letus LLC Week Settlement 16 |
| L-40 | | | | Truck Spreadsheet |
| L-51 | | | | Mulkey Affidavit |
| M-1 | | | | New Asset Acquisition Checklist |
| N-1 | | | | Rashtrawar credit application |
| O-1 | | | | Fw_ RBL Investment Update |
| P-1 | | | | load tracker |
| P-2 | | | | load spreadsheet |
| Q-1 | | | | Truck and Trailer Inspection Checklist |
| Q-2 | | | | Gutierrez email re repair approval 4-23-21 |
| Q-3 | | | | S Singh email re uploading BOLs 5-21-19 |
| Q-4 | | | | R Gutierrez CV |
| Q-5 | | | | S Singh email naming R Gutierrez Director Ops 7-31-19 |
| Q-6 | | | | truck inspection form |
| R-1 | | | | Hueber email re draft lease TX dealership 4-21-23 |
| R-2 | | | | Provost draft lease TX dealership |
| S-1 | | | | truck spreadsheet |
| S-2 | | | | JJ Keller contract for MVR monitoring service |
| S-3 | | | | payment receipt for monthly JJ Keller services |
| S-4 | | | | Prime Insurance |
| S-5 | | | | Wex Purchase Summary 1-1-21 - 9-30-22 |
| S-6 | | | | Axle insurance phys damage policy |
| S-7 | | | | AMEX 2022 year end statement |
| S-8 | | | | GoMotive 5-20-22 invoice |
| Z-4 | | | | Several mechanics in front of hangar |
| Z-5 | | | | Side view of trailer in hangar |

|  | Z-6 |  |  |  | Side view of trailer in hangar #2 |
|--|-----|--|--|--|----------------------------------|
|  | Z-7 |  |  |  | Back view of trailer doors |
|  | Z-8 |  |  |  | Trailer manufacturing with side panels |
|  | Z-9 |  |  |  | Several trucks parked inside hangar |
|  | Z-10 |  |  |  | Trailer panels being installed |
|  | Z-11 |  |  |  | Tanks filled with tires for load testing |
|  | Z-12 |  |  |  | Hangar entrance photo |
|  | Z-14 |  |  |  | Trucks parked inside hangar |
|  | AA-1 |  |  |  | Bellony Google chat |

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/ Abigail Becker*
      Assistant Federal Public Defender
      Florida Bar No.: 72284
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130
      Tel: (305) 530-7000
      E-mail: abigail_becker@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on October 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Abigail Becker*