### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-Cr-60117-LEIBOWITZ
### USA v. SANJAY SINGH

## JURY QUESTIONS/NOTES TO THE COURT

### PLEASE NOTE:   DO **NOT** SHOW YOUR NUMERICAL DIVISION

WE NEED CLARIFICATION ON THE DEFINITION OF INTERSTATE WIRE COMMUNICATIONS AS IT RELATES TO WIRE FRAUD (pg. 12, paragraph 3 & 4).

SIGNED: _____   DATE: 11/06/24   TIME: 3:40 pm
    Foreperson of the Ju

## COURT'S RESPONSE TO THE JURY QUESTION

_____

_____

_____

_____

SIGNED: _____   DATE: _____   TIME: _____
    DAVID LEIBOWITZ
    UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-Cr-60117-LEIBOWITZ**
**USA v. SANJAY SINGH**
## JURY QUESTIONS/NOTES TO THE COURT

**PLEASE NOTE:   DO <u>NOT</u> SHOW YOUR NUMERICAL DIVISION**

YOUR HONOR, WE HAVE A VERDICT.

SIGNE _____   DATE: 11/06/24   TIME: 4:35 PM
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____   DATE: _____   TIME: _____
      **DAVID LEIBOWITZ**
       **UNITED STATES DISTRICT JUDGE**