Case 0:23-cr-60117-DSL   Document 237   Entered on FLSD Docket 11/07/2024   Page 1 of 1

FILED BY _____Tpl_____ D.C.
Nov 6, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-60117-CR- LEIBOWITZ

UNITED STATES OF AMERICA

vs.

SANJAY SINGH,

        Defendant.
_____/

## VERDICT

WE THE JURY find unanimously as follows:

For **DEFENDANT SANJAY SINGH:**

1. As to **Count One** of the Indictment:   ___ Not Guilty   ✓ Guilty
2. As to **Count Two** of the Indictment:   ___ Not Guilty   ✓ Guilty
3. As to **Count Three** of the Indictment: ___ Not Guilty   ✓ Guilty
4. As to **Count Four** of the Indictment:  ___ Not Guilty   ✓ Guilty
5. As to **Count Five** of the Indictment:  ___ Not Guilty   ✓ Guilty
6. As to **Count Six** of the Indictment:   ___ Not Guilty   ✓ Guilty
7. As to **Count Seven** of the Indictment: ___ Not Guilty   ✓ Guilty
8. As to **Count Eight** of the Indictment: ___ Not Guilty   ✓ Guilty

SO SAY WE ALL.

Signed: _____
        Foreperson

Date:   November 6, 2024

23