

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2020 | 11/07/2024 | 00:00 | 14:07 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|  |  |  |  |
| Person Search Criteria | | | |
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| SINGH | SANJAY |  | 08/29/1979 |  |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected |  |  |  |  |  |  |

| Person Filter Criteria | | | |
|---|---|---|---|
| Last Name | First Name | Birth Date From | Birth Date To |
|  |  |  |  |
| Encounter Date Earliest | Encounter Date Latest | Encounter Time | Carrier Code | Carrier Number | Inbound-Outbound Direction |
|  |  |  |  |  |  |
| Encounter Site Location | Inspector ID | Encounter Lane Type | Passenger Status | Updated Passenger Status | Agency Referred To | HitInd |
|  |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGH | SANJAY | 08/29/1979 | P | A04357250 | 04/16/2023 10:54 | EK | 213 | I | A52G | PINHEIRO, RICHARD | APIS | ON BOARD |  |  | MIA | DXB |
| SINGH | SANJAY | 08/29/1979 | P | A04357250 | 03/18/2023 00:00 | EK | 214 | O |  |  | APIS | ON BOARD |  |  | DXB | MIA |
| SINGH | SANJAY | 08/29/1979 | P | 488410785 | 12/01/2021 17:53 | AA | 949 | I | A520 | ALVAREZ, FELIX | APIS | ON BOARD |  |  | MIA | PAP |
| SINGH | SANJAY | 08/29/1979 | P | 488410785 | 12/01/2021 06:27 | NK | 951 | O | A522 | PASSENGER ATS, UNIFIED | APIS |  | ON BOARD |  | PAP | FLL |
| SINGH | SANJAY | 08/29/1979 |  |  | 12/01/2021 00:00 | AA | 949 | I |  |  | APIS | NOT ON BOARD |  |  | MIA | PAP |
| SINGH | SANJAY | 08/29/1979 | P | 488410785 | 11/18/2021 05:36 | UA | 830 | I | A105 | MPC TC MOBILE PASSPORT CONTROL, EWR | APIS | ON BOARD |  |  | EWR | BOM |
| SINGH | SANJAY | 08/29/1979 | P | 488410785 | 10/24/2021 00:00 | UA | 829 | O |  |  | APIS | ON BOARD |  |  | BOM | EWR |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

11/07/2024 14:07 EST   Generated By: RICHARD CASSELL   Page 2 of 2

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGH | SANJAY | 08/29/1979 | P | 591595012 | 04/21/2021 20:58 | B6 | 1710 | I | A522 | APC AUTOMATED PASSPORT CONTROL, FLL | APIS | ON BOARD | | | FLL | PAP |
| SINGH | SANJAY | 08/29/1979 | P | 591595012 | 04/21/2021 00:00 | AA | 2305 | O | | | APIS | ON BOARD | | | PAP | FLL |

**Total Number of Records: 9**

| Legend |  |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| EWR | NEWARK INTERNATIONAL |
| BOM | MUMBAI#CHHAPRATI SHIVAJI INTL, INDIA |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| PAP | PORT AU PRINCE, MAIS GATE |
| DXB | DUBAI#INTL, U. A. EMIRATES |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A52G | A52G - CBP-MIAMI, AIRPORT SO TERMINAL |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| A105 | A105 - NEWARK, INTL AP  TERMINAL C |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |

**For Official Use Only / Law Enforcement Sensitive**