# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Broward County Sheriff's Office
**ORI:** 0060700
**Location of Incident:** 1411 NW 31ST AV, Pompano Beach FL 33069
**Gang Related:** NO
**Premise Type:** Hotel/motel/etc.
**Zone/Tract:** 1119
**Case #:** 11-2311-000799
**Date/Time Reported:** 11/03/2023 08:30 Fri
**Last Known Secure:** 11/02/2023 05:30 Thu
**At Found:** 11/02/2023 06:00 Thu

## Incident Data

**#1 Crime Incident(s):** Theft - All Other (Com) THFO

## Victim

**# of Victims:** 1  **Type:** BUSINESS  **Injury:**  **Domestic:** NO

| | Victim/Business Name | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | BUDGETEL | 1, | | | | | N/A | |

**Home Address:** 1411 NW 31ST AV, Pompano Beach, FL 33069-
**Home Phone:** 954-972-3700
**Employer Name/Address:** (LODGING)
**Business Phone:** 954-934-3630

## Others Involved

**CODES:** V- Victim (Denote V2, V3)  WI = Witness  IO = Involved Other  RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | JIWANI, AMIN MOHAMED HUSEIN | | 12/29/1984 Age 38 | W | M | | Non-Resident | |

**Home Address:** 1411 NW 31ST AV POMPANO BEACH, FL 33069
**Home Phone:** 954-592-5944
**Employer Name/Address:** BUDGETEL (CLERK)
**Business Phone:** 954-972-3700

## Property

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 7 | $1,255.00 | | 1 | MONEY | | |

**Officer/ID#:** PETRE, M. C. (3445, PATR) (18785)
**Invest ID#:** CEDILLO, M. (3455, PATR) (17749)
**Supervisor:** MORALES, J. S. (3455) (11327)
**Outstanding Stolen Val [Total Stolen]:** $1,255.00 [$1,255.00]

**Complainant Signature**
**Case Status:** Except. Clear  11/13/2023
**Case Disposition:** Prosecution Declined  11/20/2023
**Page 1**

R_CS1IBR    Printed By: BS19067, bs19067    Sys#: 1590692    11/07/2024 12:14

# INCIDENT/INVESTIGATION REPORT

Broward County Sheriff's Office

Case # 11-2311-000799

Status Codes: L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT
Broward County Sheriff's Office

Narr. (cont.) OCA: 11-2311-000799

NARRATIVE
Theft
Zone 1119
Time: 0830 hours
Location: 1411 NW 31st Ave - Budgetel
Victim: Budgetel
Suspect: Sanjay Singh

Singh took $1255 USD cash from the business and deposited into Bitcoin ATM. Called owner and stated he was scammed.

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA<br>11-2311-000799 |
|---|---|---|
| Victim<br>*BUDGETEL* | Offense<br>*THEFT - ALL OTHER* | Date / Time Reported<br>*Fri 11/03/2023 08:30* |

On 11/03/2023 at approximately 0830 hours, I responded to the Budgetel Hotel, located at 1411 NW 31st Ave, Pompano Beach, FL in reference to a delayed theft. Upon arrival, I met with the manager, Amin Jiwani, who advised an employee, Sanjay Singh, had taken $1,255 USD cash from the business and deposited it into a Bitcoin ATM.

Jiwani advised Singh called him at approximately 0600 hours, on 11/02/2023 and stated that an individual called the front desk pretending to be Mr. Patel, who is the business owner. He stated the individual called regarding a $5,000 USD fine inspection and instructed him to take money from the business. Singh stated the individual over the phone guided him throughout the entire process. He then deposited the money into an unknown Bitcoin ATM.

Jiwani stated when Singh spoke to the owner regarding this, he wrote down the incident on a piece of paper and provided the ATM receipts. The two receipts were for $1,165 USD and $136 USD.

Jiwani stated that Singh has not returned to work since then. He also stated that the business did not want to prosecute for the theft, but did want Singh trespassed. I advised Jiwani to call back when Singh is back on the property so deputies could issue a trespass warning.

Jiwani stated he had surveillance footage that captured Singh taking the cash from the business and leaving with it. I sent a community request through Evidence.com so he could upload the footage. Additionally, I photographed Singh's alleged written statement and the receipts. They were both uploaded to Evidence.com.

I issued Jiwani a BSO Case Card.

No further action taken.

BWC.

## Incident Report Suspect List

Broward County Sheriff's Office

OCA: *11-2311-000799*

| 1 | Name (Last, First, Middle) *SINGH, SANJAY* | Also Known As | Home Address *3700 NW 109TH AVE CORAL SPRINGS, FL 33065* |
|---|---|---|---|

| Business Address | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOB *08/29/1979* | Age *44* | Race *W* | Sex *M* | Eth *U* | Hgt *508* | Wgt | Hair | Eye | Skin |

Driver's License / State: *S520780793090 FL*

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| Veh Yr / Make / Model | | Drs | Style | Color | Lic Plate / State | | VIN |

Notes                                                                 Physical Char

## Incident Report Related Property List

Broward County Sheriff's Office

OCA: 11-2311-000799

| # | Property Description | | Make | Model | Caliber |
|---|---|---|---|---|---|
| 1 | **MONEY** | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $1,255.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Stolen | 11/02/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| Budgetel, | | | | |

Notes

Broward County Sheriff's Office

OCA: **112311000799**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *EXCEPT. CLEAR*  Case Mng Status: *EXCEPTIONALLY...*  Occured: *11/02/2023*
Offense: *THEFT - ALL OTHER*

Investigator: *CEDILLO, M. (17749)*  Date / Time: *11/13/2023 13:58:31, Monday*
Supervisor: *GALINDEZ, E. E. (13303)*  Supervisor Review Date / Time: *11/20/2023 14:08:53, Monday*
Contact:  Reference: *Follow Up*

Detective M. Cedillo reports:

CASE: 11-2311-000799
ZONE: 1118
OFFENSE: Grand Theft (Felony)

DATE/TIME: 11-02-23 | 0530 Hours
LOCATION: Budgetel | 1411 NW 31ST AV, Pompano Beach, Broward Co, Florida
VICTIM: Budgetel (Business | (954) 972-3700)

WITNESS(ES): N/A
SUSPECT(S): Sanjay Singh (Adult White Male, 08-29-1979 | (510) 680-9633)

SYNOPSIS:
An employee alleged being a victim of fraud. Investigation revealed the employee intentionally removed the money however, the victim refused prosecution therefore investigative efforts were terminated.

-SHORT INVESTIGATIVE ACTION REPORT-

Case Assignment: Case assigned on 11-09-23.
Victim/Complainant: Victim phoned on 11-9-23.
Neighbor/Witness: N/A
Surveillance Evidence: N/A
Latent Print Analysis: N/A
DNA Analysis: N/A
LEADS: N/A
NCIC/FCIC: N/A
Alert Flyers/Emails: N/A
SMART/JMS/RMS/CAD: N/A
WNS: N/A
BWC: N/A
License Plate Recognition (LPR): N/A
Victim Status Letter Sent: N/A

-INVESTIGATOR`S NOTES/VICTIM CONTACT RESULTS-


-Wednesday, November 8, 2023-


(03:55PM)

# CASE SUPPLEMENTAL REPORT

*Broward County Sheriff's Office*

OCA: **112311000799**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

| | | |
|---|---|---|
| **Case Status:** *EXCEPT. CLEAR* | **Case Mng Status:** *EXCEPTIONALLY...* | **Occured:** *11/02/2023* |
| **Offense:** *THEFT - ALL OTHER* | | |

**Investigator:** *CEDILLO, M. (17749)*  **Date / Time:** *11/13/2023 13:58:31, Monday*
**Supervisor:** *GALINDEZ, E. E. (13303)*  **Supervisor Review Date / Time:** *11/20/2023 14:08:53, Monday*
**Contact:**  **Reference:** *Follow Up*

---

I called the Budgetel and asked to speak with Amin Jiwani (Reporting Person). I was advised that Jiwani was not at work and he would return on Monday, November 13, 2023.

-Monday, November 13, 2023-

(01:00PM)
I spoke with Jiwani via landline who reaffirmed the initial complaint and did not provide further information. Jiwani stated that a former employee by the name of Sanjay Singh (Suspect) removed $1,301 from the cash register and deposited into the ATM located inside the Budgetel Hotel. According to Jiwani, he confronted Singh and he stated that an unknown person called the Budgetel and ordered him to do so. Singh stated that the owner of the Budgetel was the person who made this request. Invstigation revealed that the owner never called and never ordered Singh to deposit money into an ATM. Singh has since been fired and is no longer an employee of the business.

(01:56PM)
I called Singh however the number that was provided (510) 680-9633) is now disconnected.

Jiwani stated that he did not wish to pursue criminal charges therefore he signed a waiver of prosecution.

This case will be exceptionally cleared because the following UCR criteria have been met:

1. The investigation has established the identity of the offender as: Sanjay Singh

2. There is adequate information to support an arrest, charge, and prosecution of the suspect: Yes

3. The exact location of the suspect is known, whereas he/she can be taken into custody: Yes

4. There are reasons beyond Law Enforcement`s control that prevent the arrest, charging, and prosecution of the suspect: Yes

The waiver of prosecution was scanned and uploaded via Evidence.com. No additional physical, testimonial, or electronic evidence has been submitted. EXC. Cleared case status communicated.

Since there is substantial evidence to support an arrest, but there are reasons beyond law enforcement`s control

Page 7

Broward County Sheriff's Office

OCA: **112311000799**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPT. CLEAR*  **Case Mng Status:** *EXCEPTIONALLY...*  **Occured:** *11/02/2023*
**Offense:** *THEFT - ALL OTHER*

**Investigator:** *CEDILLO, M. (17749)*  **Date / Time:** *11/13/2023 13:58:31, Monday*
**Supervisor:** *GALINDEZ, E. E. (13303)*  **Supervisor Review Date / Time:** *11/20/2023 14:08:53, Monday*
**Contact:**  **Reference:** *Follow Up*

that prevent an arrest, this case will be designated as EXCEPTIONALLY CLEARED

EOR/Miguel Cedillo CCN 17749