## BLACK LION ENTERPRISES

Registered Office: Survey No. 273/1, Flat No. B-303, Saarrthi Signor, Hinjewadi, Pune – 57.
CIN: U63030PN2022PTC209258

Mobile No.: + 91 91670 33037, Email: blacklionenterprise.india@gmail.com
GSTN: 27AAKCB0001H1Z8

---------------------------------------------------------------------------------------------------------------

**Private and Confidential**

**Royal Bengal Logistics, Inc.**
9600, W. Sample Road,
Coral Springs 33065, FL
United States of America

**Engagement Letter**

Dear Sir,

Following our appointment as **Back Office Support Service Provider** of **Royal Bengal Logistics Inc (the entity) commencing from 1st January 2021,** we are pleased to confirm our acceptance and our understanding of this engagement by means of this letter.

1. **Scope and objective:**

i. The objective of our appointment is to **provide back-office support services**.

ii. The appointment follows our responsibility as under:

   a. **Billing and Accounts**:
      i. To perform billing and invoicing activities for the loads that get delivered during the business hours.
      ii. To ensure all the paperwork submitted as delivery documents a.k.a BOL as complete and in the desired format for submission to factoring partners.
      iii. To communicate effectively with counterparts for any issue resolution and avoid delays in billing activities.
      iv. To follow up with brokers for all due and delayed payments.
      v. To ensure a complete record of loads is maintained as database and the status of each load is reflected clearly.

   b. **Technical support**:
      i. To develop software/web-based application/mobile application as per the business needs to facilitate smooth business functioning and expansion.
      ii. Update the software/web-based application/mobile application as per the growing business demands and introduce new functionalities as required.

   c. **Monitoring, Safety & Compliance and Driver assistance:**
      i. Provide 24-hour 7 days service for DOT compliance, safety and monitoring, driver assistance activities.
      ii. Ensure drivers are compliant with all DOT mandatory requirements.
      iii. Communicate with drivers to understand issues and provide immediate assistance via connecting them with necessary stakeholders.
      iv. Provide a detailed shift log in form of handover.
      v. Communicate with brokers to keep them updated about incidents, delays, and breakdowns.
      vi. Keep the management updated of any issues and communicate with respective teams to keep them updated.



## BLACK LION ENTERPRISES
---

2. **Code of Conduct:**

**The entity** shall not, either during the assignment or at any time thereafter, except as required by law, use, divulge or disclose to any person any confidential information, which may have come to knowledge at any time during the course of the assignment. This clause will cease to apply to information which enters the public domain other than (directly or indirectly) through their act, omission, negligence or fault.

3. **Agreement of terms:**

Once it has agreed, this letter shall remain effective until it is replaced. Please confirm in writing your agreement to the terms of this letter by signing and returning the attached copy.

4. **Commercials:**

It has been agreed between both parties that, the entity shall for this assignment pay as under:
**Biweekly payments for invoices as raised by Black Lion Enterprises.** Invoice could also include expenses incurred on behalf of Royal Bengal Logistics, Inc. during the period.

5. **Payment terms:**

**Black Lion Enterprises** will raise an invoice on **the entity during** every month 10th and 25th of the month. The entity has agreed to pay fees between 15th and 30th of the month in which the invoice is raised.

6. **Termination:**

This agreement can be terminated by either party by giving notice for termination atleast one month in advance.

In case of termination of the engagement by any party, the same would be applicable from the date on which the termination is communicated and the entity agreed to pay fees on pro-rata basis for the work done until the date of termination.

**We appreciate the opportunity to be of service to you.**


For **Black Lion Enterprises**


**Chetan Chavan**
*Proprietor*
01st December 2020

Accepted by
For **Royal Bengal Logistics, Inc.**

*Authorized Signatory*
28th December 2020

## BLACK LION ENTERPRISES PRIVATE LIMITED

Registered Office: Survey No. 273/1, Flat No. B-303, Saarrthi Signor, Hinjewadi, Pune – 57.
CIN: U63030PN2022PTC209258

Mobile No.: + 91 91670 33037, Email: chetan.chavan@blackliongroup.in
GSTN: 27AAKCB0001H1Z8

-------------------------------------------------------------------------------------------------------------------

**Private and Confidential**

**Royal Bengal Logistics, Inc.**
9600, W. Sample Road,
Coral Springs 33065, FL
United States of America

**Engagement Letter**

Dear Sir,

Following our appointment as **Back Office Support Service Provider** of **Royal Bengal Logistics Inc (the entity) commencing from 1st September 2021,** we are pleased to confirm our acceptance and our understanding of this engagement by means of this letter.

1. **Scope and objective:**

i.  The objective of our appointment is to **provide back-office support services**.

ii. The appointment follows our responsibility as under:

   a. **Billing and Accounts**:
      i. To perform billing and invoicing activities for the loads that get delivered during the business hours.
      ii. To ensure all the paperwork submitted as delivery documents a.k.a BOL as complete and in the desired format for submission to factoring partners.
      iii. To communicate effectively with counterparts for any issue resolution and avoid delays in billing activities.
      iv. To follow up with brokers for all due and delayed payments.
      v. To ensure a complete record of loads is maintained as database and the status of each load is reflected clearly.

   b. **Technical support**:
      i. To develop software/web-based application/mobile application as per the business needs to facilitate smooth business functioning and expansion.
      ii. Update the software/web-based application/mobile application as per the growing business demands and introduce new functionalities as required.

   c. **Monitoring, Safety & Compliance and Driver assistance:**
      i. Provide 24-hour 7 days service for DOT compliance, safety and monitoring, driver assistance activities.
      ii. Ensure drivers are compliant with all DOT mandatory requirements.
      iii. Communicate with drivers to understand issues and provide immediate assistance via connecting them with necessary stakeholders.
      iv. Provide a detailed shift log in form of handover.
      v. Communicate with brokers to keep them updated about incidents, delays, and breakdowns.
      vi. Keep the management updated of any issues and communicate with respective teams to keep them updated.



DEFENDANT'S TRIAL EXHIBIT J-29

## BLACK LION ENTERPRISES PRIVATE LIMITED
-------------------------------------------------------------------------------------------------------------

2. **Code of Conduct:**

**The entity** shall not, either during the assignment or at any time thereafter, except as required by law, use, divulge or disclose to any person any confidential information, which may have come to knowledge at any time during the course of the assignment. This clause will cease to apply to information which enters the public domain other than (directly or indirectly) through their act, omission, negligence or fault.

3. **Agreement of terms:**

Once it has agreed, this letter shall remain effective until it is replaced. Please confirm in writing your agreement to the terms of this letter by signing and returning the attached copy.

4. **Commercials:**

It has been agreed between both parties that, the entity shall for this assignment pay as under:
**Biweekly payments for invoices as raised by Black Lion Enterprises Pvt. Ltd.** Invoice could also include expenses incurred on behalf of Royal Bengal Logistics, Inc. during the period.

5. **Payment terms:**

**Black Lion Enterprises Pvt. Ltd.** will raise an invoice on **the entity during** every month 10th and 25th of the month. The entity has agreed to pay fees between 15th and 30th of the month in which the invoice is raised.

6. **Termination:**

This agreement can be terminated by either party by giving notice for termination atleast one month in advance.

In case of termination of the engagement by any party, the same would be applicable from the date on which the termination is communicated and the entity agreed to pay fees on pro-rata basis for the work done until the date of termination.

**We appreciate the opportunity to be of service to you.**


For **Black Lion Enterprises Pvt. Ltd.**


**Chetan Chavan**
*Director*
25th August 2021

Accepted by
For **Royal Bengal Logistics, Inc.**

*Authorized Signatory*
25th August 2021