

B   L   A   C   K       L   I   O   N

JULY 07, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the partial payment made towards the website and application.

**INVOICE – #BLE003**

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 27-JAN-21 | Original Value - 90,000/- (A)<br><br>Advance payment made – 45,000/- (C)<br><br>BALANCE - 45,000/- (A-C) | |
| 21-JUN-21 | **ADDITIONAL REQUIREMENT:**<br><br>IOS APPLICATION & WEBSITE ENHANCEMENT – RS. 40,000/- (B) | |
| 01-JUL-21 | RBL WEBSITE AND APPLLCATION DEVELOPMENT (D) | 50,000 |
| | TOTAL VALUE – Rs.130,000/- (A+B)<br><br>TOTAL ADVANCE PAID – Rs. 95,000/- (C+D)<br><br>TOTAL BALANCE – Rs. 35,000/- | |
| | GRAND TOTAL | RS. 50,000/- |

**AMOUNT IN WORDS**: FIFTY THOUSAND ONLY

THANKING YOU

**BLACK LION ENTERPRISES**

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S
TRIAL EXHIBIT
**J-10**

Hinjewadi, Pune- 411057

☎  +91 9167033037

✉  blacklionenterprise.india@gmail.com



OCTOBER 26, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the complete payment made towards the website and application.

## INVOICE – #BLE004

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 27-JAN-21 | Original Value - 90,000/- (A)<br><br>Advance payment made – 45,000/- (B)<br><br>**BALANCE - 45,000/- (A-B)** | |
| 21-JUN-21 | **ADDITIONAL REQUIREMENT:**<br><br>IOS APPLICATION & WEBSITE ENHANCEMENT – RS. 40,000/- (C) | |
| 01-JUL-21 | PARTIAL PAYMENT - WEBSITE AND APP DEVELOPMENT – 50,000 (D) | |
| 26-OCT-21 | ADDITIONAL DEVELOPMENT CHARGES – 20,000 (E)<br><br>RBL WEBSITE AND APPLICATION DEVELOPMENT FINAL PAYMENT (F) | 55,000 |
| | **TOTAL DEVELOPMENT COST (A+C+E) =**<br><br>90,000 + 40,000 + 20000 =150,000/-<br><br>**PAYMENTS MADE (B + D + F) =**<br><br>45000 + 50000 + 55000= 150,000/ - | |
| | **GRAND TOTAL** | **RS. 55,000/-** |

**AMOUNT IN WORDS**: FIFTY FIVE THOUSAND ONLY

THANKING YOU

**BLACK LION ENTERPRISES**

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.

**DEFENDANT'S TRIAL EXHIBIT J-11**

Hinjewadi, Pune- 411057

☎ +91 9167033037

✉ blacklionenterprise.india@gmail.com



# B L A C K   L I O N

NOVEMBER 26, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the payment made towards the handset for Shruti

## INVOICE – #BLE005

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 26-NOV-21 | MOBILE HANDSET FOR SHRUTI | 13,999 |
| | GRAND TOTAL | RS. 13,999/- |

**AMOUNT IN WORDS**: THIRTEEN THOUSAND NINE HUNDERED AND NINETY NINE ONLY

THANKING YOU

## BLACK LION ENTERPRISES

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



Hinjewadi, Pune- 411057

☎ +91 9167033037

✉ blacklionenterprise.india@gmail.com



JANUARY 10, 2022

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the payment made towards the payment made for phase II of web application development

## INVOICE – #BLE006

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 10-JAN-22 | PHASE II DEVLOPMENT OF RBL WEB APPLICATION | 50,000 |
| | GRAND TOTAL | RS. 50,000/- |

**AMOUNT IN WORDS**: RUPEES FIFTY THOUSAND ONLY

THANKING YOU

**BLACK LION ENTERPRISES**

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S
TRIAL EXHIBIT
**J-13**

Hinjewadi, Pune- 411057

☎ +91 9167033037

✉ blacklionenterprise.india@gmail.com



APRIL 04, 2022

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises Pvt. Ltd. would like to submit to you an invoice for the payment made towards the payment made for expenses occurred for the stay of VP Operations at Pune in March 2022

### INVOICE – #BLE0008

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 03-APR | STAY @ ORCHID HOTELS | 64,498 |
| 03-APR | MANAGEMENT FEES 20% | 12,899 |
| | **TOTAL** | **77,397/-** |

**AMOUNT IN WORDS**: RUPEES SEVENTY SEVEN THOUSAND THREE HUNDERED AND NINETY SEVEN ONLY

THANKING YOU

**BLACK LION ENTERPRISES PVT. LTD.**

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S TRIAL EXHIBIT J-15

HINJEWADI, PUNE - 411057

 9167033037

 CONTACT@BLACKLIONGROUP.COM



B L A C K    L I O N

JUN 14, 2022

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises Pvt. Ltd. would like to submit to you an invoice for the payment made towards the payment made for expenses occurred for the stay of Mr. Bashar Sawaged at Mumbai/ Pune from 29 March to 14 June 2022

### INVOICE – #BLE0010

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 29-MAR – 30-MAR | STAY @ MUMBAI | 3,901 |
| 30-MAR – 14-JUN | STAY @ TREEBO GRAND EMERALD (77D/76N) | 1,57,478 |
| | TOTAL | 1,61,379/- |

**AMOUNT IN WORDS**: RUPEES ONE LAKH SIXTY ONE THOUSAND THREE HUNDERED AND SEVENTY NINE ONLY

THANKING YOU

**BLACK LION ENTERPRISES PVT. LTD.**

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.

DEFENDANT'S
TRIAL EXHIBIT
**J-16**

HINJEWADI, PUNE - 411057

 9167033037

✉ CONTACT@BLACKLIONGROUP.COM



# B L A C K   L I O N

FEBRUARY 10, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the staff salary reimbursement

## INVOICE – #BLE001

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 10-FEB-21 | STAFF SALARY REIMBURSEMENT | 81,444.15 |
| | GRAND TOTAL | RS. 81,444.15/- |

**AMOUNT IN WORDS**: EIGHTY ONE THOUSAND FOUR HUNDRED AND FORTY FOUR

THANKING YOU

**BLACK LION ENTERPRISES**

GSTN - 27AHCPC9562E1ZG

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S
TRIAL EXHIBIT
**J-17**

HINJEWADI, PUNE - 411057

 9167033037

 CONTACT@BLACKLIONGROUP.COM



# B L A C K   L I O N

FEBRUARY 22, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the staff salary reimbursement

## INVOICE – #BLE002

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 22-FEB-21 | STAFF SALARY REIMBURSEMENT | 80,937 |
|  | GRAND TOTAL | RS. 80,937/- |

**AMOUNT IN WORDS**: EIGHTY THOUSAND NINE HUNDRED AND THIRTY SEVEN

THANKING YOU

**BLACK LION ENTERPRISES**


GSTN - 27AHCPC9562E1ZG

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S
TRIAL EXHIBIT
**J-18**

HINJEWADI, PUNE - 411057

  9167033037

 CONTACT@BLACKLIONGROUP.COM



# BLACK LION

MARCH 31, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the staff salary reimbursement

## INVOICE – #BLE003

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 31-MAR-21 | STAFF SALARY REIMBURSEMENT | 2,33,236 |
|  | GRAND TOTAL | RS. 2,33,236/- |

**AMOUNT IN WORDS**: TWO LAKH THIRTY THREE THOUSAND TWO HUNDRED AND THIRTY SIX

THANKING YOU

## BLACK LION ENTERPRISES

GSTN - 27AHCPC9562E1ZG

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S TRIAL EXHIBIT
J-19

HINJEWADI, PUNE - 411057

 9167033037

 CONTACT@BLACKLIONGROUP.COM



APRIL 30, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the staff salary reimbursement

## INVOICE – #BLE004

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 30-APR-21 | STAFF SALARY REIMBURSEMENT | 2,40,243 |
|  | GRAND TOTAL | RS. 2,40,243/- |

**AMOUNT IN WORDS**: TWO LAKH FORTY THOUSAND TWO HUNDRED AND FORTY THREE

THANKING YOU

**BLACK LION ENTERPRISES**

GSTN - 27AHCPC9562E1ZG

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S
TRIAL EXHIBIT
**J-20**

HINJEWADI, PUNE - 411057

 9167033037

 CONTACT@BLACKLIONGROUP.COM



MAY 31, 2021

ROYAL BENGAL LOGISTICS, INC.

Hello,

Black Lion Enterprises would like to submit to you an invoice for the staff salary reimbursement

### INVOICE – #BLE005

| DATE | PARTICULARS | AMOUNT (RS.) |
|---|---|---|
| 31-MAY-21 | STAFF SALARY REIMBURSEMENT | 4,40,071 |
|  | GRAND TOTAL | RS. 4,40,071/- |

**AMOUNT IN WORDS**: FOUR LAKH FORTY THOUSAND AND SEVENTY ONE

THANKING YOU

### BLACK LION ENTERPRISES

GSTN - 27AHCPC9562E1ZG

THIS IS A COMPUTER GENERATED STATEMENT AND DOES NOT NEED SIGNATURE.



DEFENDANT'S TRIAL EXHIBIT **J-21**

HINJEWADI, PUNE - 411057

 9167033037

 CONTACT@BLACKLIONGROUP.COM