

# RBL
## ROYAL BENGAL LOGISTICS, INC.

TAX NO: 0867134

| TO, **BLACK LION TRANSLINKS PVT LTD** B-303, SAARTHI SIGNOR, OPP. ORRITEL HOTEL, HINJEWADI, PUNE 411057 MAHARASHTRA, INDIA **GST NO: 27AAKCB5813D1ZU** | PO.NO. | 172839546 |
|---|---|---|
| | DATE: | 25/03/2022 |

| Particulars | Qty. | Rate / Each | Total | Gst 18% | Total |
|---|---|---|---|---|---|
| Fabrication & Supply of 53ft Dry Van | 10Nos | 2200000.00 | 22000000.00 | 3960000.00 | 25960000.00 |

**Rs. Two Crore Fifty-Nine Lakh Sixty Thousand Only**

01] Payment   - 65% advance against PO, Balance against delivery.
02] Inspection - Stage wise inspection will be carried at your premises

FOR ROYAL BENGAL LOGISTICS, INC.





DEFENDANT'S TRIAL EXHIBIT J-66

9600 West Sample Road, Suite 100 Coral Springs, Fl 33065 Office: 954-228-7277 Direct: 510-342-6770 Email:admin@rbltransports.com
www.rbl-inc.com ROYAL BENGAL LOGISTICS, INC. | DOT NUM: 3149658 | MC: 104106

**COMMERCIAL INVOICE (EXPORT UNDER LUT)**

| Exporter | Invoice No. & Date | 01 | Exporter's Ref (IEC NO) |
|---|---|---|---|
| BLACK LION TRANSLINKS PRIVATE LIMITED | XXXX /21-22 | 08/08/22 | AAKCB5813D |
| Address: B303, Saarthi Signor, | GST no | 27AAKCB5813D1ZU | |
| Bhatewara Nagar, Hinjewadi, | | | |
| Phase1, Pune (MH) 411057 | Other Reference (s) | | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| ROYAL BENGAL LOGISTICS INC | ROYAL BENGAL LOGISTICS INC |
| Address: 9600 W Sample Rd | Address: 9600 W Sample Rd |
| Suite 100, Coral Springs, FL | Suite 100, Coral Springs, FL |
| 33065, United States | 33065, United States |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | United States |

**Terms of Delivery and Payment**

| Pre-Carriage by | Place of Receipt by Pre-Carrier | Delivery: CIF |
|---|---|---|
| Road | Pune | Payment: AP |
| Vessel/Flight No | Port of Loading | Balance payment after 60 days |
| By Sea | Nhasa Sheva INDIA | |
| Port of Discharge | Final Destination | |
| Houstan | Houstan | |

| MARKS & NOS/ CONTAINER NO. | No.& KIND OF PACKAGES | SR NO. | DESCRIPTION | HSN/SAC | Qty | UOM | Rate/Unit | Amount in |
|---|---|---|---|---|---|---|---|---|
| RBL 1 TO 28 | 8 | 1 | Fabrication & Supply of 53ft Aluminium dry Van (CKD Condition) | 86090000 | 2 | 2 | USD 27,676 | USD 55,352 |
| | | | Frieght and Packing Charges | | 2 | 2 | USD 7,441 | USD 14,883 |
| | | | Insurance | | 2 | 2 | USD 23 | USD 46 |

| Amount Chargeable (in words) | Seventy thousand two eighty one dollars only | USD 70,281 |
|---|---|---|

No. of Pkgs:      7
Nt. Wt:      7,767
Gross Wt:      8,000

EXPORT UNDER LUT
ARN NO :   AD2705220427246

**BANK DETAILS :-**
BANK NAME :-   HDFC PVT LTD
BRANCH :-   Bund Garden Road
A/C NAME :   BLACK LION TRANSLINKS PVT LTD
A/C NO:-   50200065101591
IFSC CODE :-   HDFC0001794
NEFT CODE :-
SWIFT CODE :-
GST NO :-   27AAKCB5813D1ZU

Declaration:
We declare that this Invoice shows the actual price of the goods described and that all particulars are true and correct.
WE INTEND TO CLAIM RODTEP (RODTEPY)

BLACK LION TRANSLINKS PVT LTD
08/08/22
Signature & Date

DEFENDANT'S TRIAL EXHIBIT
J-61

## COMMERCIAL INVOICE (EXPORT UNDER LUT)

| Exporter | Invoice No. & Date | 02 | Exporter's Ref (IEC NO) |
|---|---|---|---|
| BLACK LION TRANSLINKS PRIVATE LIMITED Address: B303, Saarthi Signor, Bhatewara Nagar, Hinjewadi, Phase1, Pune (MH) 411057 | | 08/08/22 | AAKCB5813D |
| | GST no | 27AAKCB5813D1ZU | |
| | Other Reference (s) | | |

| Consignee | Buyer (if other than consignee) | |
|---|---|---|
| ROYAL BENGAL LOGISTICS INC Address: 9600 W Sample Rd Suite 100, Coral Springs, FL 33065, United States | ROYAL BENGAL LOGISTICS INC Address: 9600 W Sample Rd Suite 100, Coral Springs, FL 33065, United States | |
| | Country of Origin of Goods INDIA | Country of Final Destination United States |
| | Terms of Delivery and Payment | |

| Pre-Carriage by | Place of Receipt by Pre-Carrier | Delivery: CIF |
|---|---|---|
| Road | Pune | Payment: AP |
| Vessel/Flight No | Port of Loading | Balance payment after 60 days |
| By Sea | Nhasa Sheva INDIA | |
| Port of Discharge | Final Destination | |
| Houstan | Houstan | |

| MARKS & NOS/ CONTAINER NO. | No.& KIND OF PACKAGES | SR NO. | DESCRIPTION | HSN/SAC | Qty | UOM | Rate/Unit | Amount in |
|---|---|---|---|---|---|---|---|---|
| RBL 1 TO 28 | 10 | 1 | Fabrication & Supply of 53ft Aluminium dry Van (CKD Condition) Frieght and Packing Charges Insurance | 86090000 | 2 2 2 | 2 2 2 | USD 27,676 USD 7,441 USD 23 | USD 55,352 USD 14,883 USD 46 |
| | | | | | | | | USD 70,281 |

| Amount Chargeable (in words) | TWO HUNDRED TEN THOUSAND SEVEN HUNDRED FIVE DOLLARS | |
|---|---|---|

No. of Pkgs: 26
Nt. Wt: 50,000
Gross Wt: 51,114

EXPORT UNDER LUT
ARN NO : AD2705220427246

**BANK DETAILS :-**
BANK NAME :- HDFC PVT LTD
BRANCH :- Bund Garden Road
A/C NAME : BLACK LION TRANSLINKS PVT LTD
A/C NO:- 50200065101591
IFSC CODE :- HDFC0001794
NEFT CODE :-
SWIFT CODE :-
GST NO :- 27AAKCB5813D1ZU

Declaration:
We declare that this Invoice shows the actual price of the goods described and that all particulars are true and correct.
WE INTEND TO CLAIM RODTEP (RODTEPY)

BLACK LION TRANSLINKS PVT LTD
08/08/22
Signature & Date

**COMMERCIAL INVOICE (EXPORT UNDER LUT)**

| Exporter | Invoice No. & Date | 03 | Exporter's Ref (IEC NO) |
|---|---|---|---|
| BLACK LION TRANSLINKS PRIVATE LIMITED | | 08/08/22 | AAKCB5813D |
| Address: B303, Saarthi Signor, | GST no | 27AAKCB5813D1ZU | |
| Bhatewara Nagar, Hinjewadi, | | | |
| Phase1, Pune (MH) 411057 | Other Reference (s) | | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| ROYAL BENGAL LOGISTICS INC | ROYAL BENGAL LOGISTICS INC |
| Address: 9600 W Sample Rd | Address: 9600 W Sample Rd |
| Suite 100, Coral Springs, FL | Suite 100, Coral Springs, FL |
| 33065, United States | 33065, United States |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | United States |

**Terms of Delivery and Payment**
Delivery: CIF
Payment: AP
Balance payment after 60 days

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| Road | Pune |
| Vessel/Flight No | Port of Loading |
| By Sea | Nhasa Sheva INDIA |
| Port of Discharge | Final Destination |
| Houstan | Houstan |

| MARKS & NOS/ CONTAINER NO. | No.& KIND OF PACKAGES | SR NO. | DESCRIPTION | HSN/SAC | Qty | UOM | Rate/Unit | Amount in |
|---|---|---|---|---|---|---|---|---|
| RBL 1 TO 28 | 10 | 1 | Fabrication & Supply of 53ft Aluminium dry Van (CKD Condition) | 86090000 | 2 | 2 | USD 27,676 | USD 55,352 |
| | | | Frieght and Packing Charges | | 2 | 2 | USD 7,441 | USD 14,883 |
| | | | Insurance | | 2 | 2 | USD 23 | USD 46 |

| Amount Chargeable (in words) | Seventy thousand two eighty one dollars only | | | USD 70,281 |
|---|---|---|---|---|

No. of Pkgs: 10
Nt. Wt: 21,000
Gross Wt: 21,500

**BANK DETAILS :-**
BANK NAME :- HDFC PVT LTD
BRANCH :- Bund Garden Road
A/C NAME : BLACK LION TRANSLINKS PVT LTD
A/C NO:- 50200065101591
IFSC CODE :- HDFC0001794
NEFT CODE :-
SWIFT CODE :-
GST NO :- 27AAKCB5813D1ZU

EXPORT UNDER LUT
ARN NO : AD2705220427246

**Declaration:**
We declare that this Invoice shows the actual price of the goods described and that all particulars are true and correct.
WE INTEND TO CLAIM RODTEP (RODTEPY)

BLACK LION TRANSLINK PVT LTD
08/08/22
Signature & Date

DEFENDANT'S TRIAL EXHIBIT
**J-61**