

# RBL
ROYAL BENGAL LOGISTICS, INC

## SAFETY MANAGEMENT PLAN

TO IMPROVE SAFETY AND REDUCE DRIVER'S CRASH RATING
SEPTEMBER 29, 2022

### Study Participants and Contributors

- Richard Rand, Chief Operating Officer
- Elizabeth Hueber, General Counsel
- George Ellis, Director of Fleet Management
- Ricardo Gutierrez, Vice President of Operations

### Objective

To identify and remedy the cause for RBL's unacceptably high crash rate (2.26 as of June 2022), as recognized by the Department of Transportation in the July 27, 2022 response to RBL's safety rating upgrade.

### Summary and Findings

While RBL cannot directly control its crash rate, RBL recognizes that there are several factors which contribute to high crash rates. By identifying these contributing factors, RBL can undertake measures to decrease the risk of crashes.

The Accident Response Team ("ART") reviewed accidents involving RBL drivers. ART found that many of these crashes were preventable and involved drivers with little prior driving experience. Furthermore, RBL analyzed the competency of new drivers during training and orientation. RBL found that some of these driver candidates did not have some of the basic proficiencies which are required to hold a CMV license, even though they were properly licensed to drive a CMV. RBL also found that there is an incentive for carriers, like RBL, to cut costs on training because of the high industry turnover rate for drivers. As a result of these findings, RBL determined that driver training is a critical factor to reduce RBL drivers' crash rate. RBL recognized that such cost cutting measures are short-sighted, due to increased cost and decreased safety performance that arises from insufficient training programs.

RBL determined that improving this preexisting new driver training program (classroom training, a driving test, and 1-3 weeks of OTR driving with an experienced mentor) would likely significantly improve RBL's safety.



DEFENDANT'S
TRIAL EXHIBIT
**B-12**

Such a revamped program should:

- **Be structured and consistent**.  There are many subject matters which must be covered in training. There is a high risk that trainers provide incomplete training without a formal and structured training program.  A formal and structured training program would ensure that trainers teach all the subject matters, as determined by RBL management.

- **Directly assist driver candidates with hands-on skills**.  Training should include a hands-on component to improve learning retention and teach skills that cannot easily be taught in a classroom environment.

- **Engage the driver**.  Training should be engaging and entertaining for driver candidates to remain receptive to the education process.

- **Filter unsafe or unqualified candidates**.  The fundamental qualification for drivers should be tested and those candidates who cannot become sufficiently proficient through training should be removed from the pool of driver candidates.

### Driver Training Improvement Plan

RBL committed to improve its driver training by:

1. Designing and implementing a structured classroom and hands-on training program;
2. Providing one to three weeks of hands-on training for new drivers at RBL's Lubbock facility; and
3. Improving its monitoring and coaching of current RBL drivers.

As of the date of this Safety Management Plan, these programs have already been implemented and will continue indefinitely, to be improved or otherwise modified as necessary.

*1. Structured Classroom Training and Hands-on Training and Testing*

RBL developed a comprehensive structured classroom training program to standardize driver training.  All RBL driver candidates must participate in the structured classroom training in new driver orientation.  Structured classroom training may be conducted at either RBL's home office in Coral Springs, Florida, or the maintenance and training facility in Lubbock, Texas.

The classroom training educates new driver candidates on hours of service, driver logs, the ELD system, safe load management, driver pre-trip and post-trip inspections, regulatory inspections, tips for safe driving, defensive driving, healthy living on the road, regulatory compliance, driving in poor weather conditions, and what to do in an accident, among other topics.  The course is taught by various members of RBL's staff, including human resources, fleet management, load management, and compliance management.  A copy of the course syllabus is attached as Exhibit 1.

RBL drafted an original PowerPoint presentation to help guide the structured classroom training.  A copy of the current version of the PowerPoint presentation is attached as Exhibit 2.  The PowerPoint presentation has 120 slides designed to highlight critical safe driving information and

contains facts and statistics to emphasize certain safety points. Additionally, the presentation embeds several videos educating the drivers on pre-trip inspections, operating the ELD, and management of reefer units. The PowerPoint presentation contains several original humorous AI-generated images to improve engagement and explain the material. Images of this presentation being given are attached as Exhibit 3.

Driver candidates take a written test during the classroom training. This test is not intended to be intellectually vigorous. Instead, it is intended to help RBL identify driver candidates who are unable to effectively respond to specific oral and written instruction, whether the issue is insufficient English language proficiency, an intellectual deficiency, or behavioral problems. Drivers who are unable to pass the test after two attempts must leave the program.

At the conclusion of the classroom training, all driver candidates are given a survey about the quality of the presentation. RBL shall consider this driver candidate input in preparing revisions to the program. A copy of this survey is attached as Exhibit 4.

Day 2 and 3 of training involves hands-on training with RBL driver trainers. Driver candidates are given hands-on instruction and are tested on their capacity to drive a CMV. Drivers that fail this testing are referred to further training at the Lubbock facility or removed from the program.

This structured training program supplements and does not replace the driver mentorship program where drivers are paired up with driver mentors for one to three weeks. During that time period, the RBL driver mentor will team-drive with the new driver and teach the driver candidate best practices while on the road.

## 2. Lubbock Facility

RBL sends its driver candidates with less than six months of driving experience to its training facility in Lubbock, Texas. There, these driver candidates are provided hands-on training for 1 to 3 weeks. Training is provided on the former runways of the Reese Technology Center (formerly Reese Air Force Base). RBL provides driver candidates with personalized CMV driving experience in a safe environment. Drivers are provided education on the various challenges that are faced on the road, and includes defensive driving training and inclement weather driving training. Furthermore, driver candidates spend one day with a mechanic to educate them on the identification and diagnosis of mechanical problems. The RBL Lubbock trainer has the discretion to increase the length of training as needed. Drivers who perform poorly during this training and do not improve with supplemental training are disqualified from being RBL drivers.

Driver candidates stay on-site at the Lubbock facility during their training. RBL installed and showers, cots, and other amenities for visiting trainees. Photographs of these improvements as well as the Lubbock training are attached as Exhibit 5.

## 3. Driver Monitoring and Continued Coaching and Education

RBL purchased and installed dashboard cameras on its trucks to facilitate driver coaching and feedback. Copies of these invoices are attached as Exhibit 6. The dashcam system provides RBL Fleet Management personnel with video from the drivers in its fleet. Furthermore, the dashcam

system integrates with the driver monitoring system already in place to provide additional data concerning unsafe behaviors. The system identifies dangerous risky driving events and alerts RBL Fleet Management with information concerning those events. Images of this safety-management system are attached as Exhibit 7.

In addition to "hard brake," "hard acceleration," and "hard corner, the Motive system identifies:

1. Close Following
2. Delayed Response
3. Failure to Yield
4. Improper Lane Usage
5. Lane Cutoff
6. Near Collision
7. Passing Violation
8. Ran Red Light
9. Stop Sign Violation
10. Unsafe Lane Change
11. Hard Acceleration
12. Hard Brake
13. Hard Corner

These violations are reviewed by members of RBL's Fleet Management team or Remote Support team. Previously, available RBL Fleet Management personnel would collectively review driver incidents as they came in. However, RBL determined that there would be greater accountability and superior driver monitoring by undertaking a "span of control system." Under this new system, each member of Fleet Management will be assigned 7-8 drivers, whom they will be responsible for monitoring. It is RBL's belief that this system will improve Fleet Managements' capability to notice driving patterns, provide better and more nuanced coaching, and improve accountability for management performance.

The RBL team member shall then evaluate what action should be taken in response based upon the severity of the violation and the driver's history. Minor violations may be coached through written communication. If the violation is sufficiently severe or the driver is not correcting his or her behavior, then RBL will verbally coach the driver and may require the driver to view online training concerning the particular violation. The driver will take a test following the video and must score at least a 90 to continue to be employed by RBL. Further violations will result in escalating disciplinary measures, up to and including termination.

RBL expects that implementing the dashcam system will ultimately improve driver competency, filter out unfit drivers, and provide RBL with data which can be used to implement safety improvement programs.

## Conclusion

RBL believes that implementing the above-stated training and driver feedback system has improved RBL's safety performance and will reduce RBL's crash rate into the future.

# Exhibit 1

New Driver Orientation Syllabus



# Royal Bengal Logistics New Driver Training/Orientation

**Instructors:** Sharon Copper, Patrick Celicourt, Nicole Kissoon, Kelsey Kirksey, Richard Rand, George Ellis

**Course Materials:**

- During this three-day training/orientation, the newly hired driver will be introduced to Royal Bengal Logistics, policies and procedures, post-accident procedures, Electronic Logging Device Instructions/Demo, and training by Load Management.

- Driver Road Testing

**Resources:**

- Training Power Point Presentations

- RBL Application

- Motive Application

- RBL Policies and Procedures

- New Employee Handbook

- Example of a Red Folder (Placed in ALL trucks)

- Video Training

- Handouts

Course Schedule

| Day 1 | Subject | Instructor |
|---|---|---|
| 0930-1000 Hours | Human Resources | Nicole Kissoon |
| 1000-1200 Hours | Fleet Management | Sharon Cooper |
| 1200-1230 Hours | Lunch | |
| 12:30-1430 Hours | Fleet Management | Sharon Cooper |
| 1430-1630 Hours | Safety and Compliance | Greg Jones / Richard Rand |
| 1630-1700 Hours | Load Management | Jestina Singletary |

| Day 2 | Subject | Instructor |
|---|---|---|
| 0930-1630 Hours | Driver Testing | Fleet Manager |

| Day 3 | Subject | Instructor |
|---|---|---|
| 0930-1630 Hours | Driver Testing | Fleet Manager |

**PURPOSE:**

Royal Bengal Logistics (RBL) is a professional company which depends on professional drivers. Training is an integral part of RBL's mission and vision. RBL will continue to offer the best training available to our new drivers. Safety and Compliance is a cornerstone of RBL.

**CURRICULUM:**

The curriculum will be taught over a three-day period. Day 1, Day 2 & 3 can be alternated as needed based on availability of fleet managers. The information provided to the newly hired drivers will be presented by subject experts in a professional manner.

**OUTCOME:**

Each RBL driver will receive the information that is necessary to operate the CMV in a safe manner. Drivers will be prepared to operate the Electronic Logging Device (ELD) and they will have an overall understanding of RBL policies and procedures.

# Exhibit 2

Orientation PowerPoint



1



2



3

# HUMAN RESOURCES

- The pay schedule for all drivers and staff at RBL is that the first four weeks are paid out weekly, after that each check is paid out biweekly. For example, on the fifth week a check will not be issued, however you will see two weeks worth of pay on the sixth week, and every other week after that.

- Drivers are one week behind on the pay schedule, which means if you do orientation this week, your orientation pay will be deposited next week, either on Thursday or Friday, depending on your bank.

- The pay period is from Sunday to Saturday.

- Loads are paid out when they are delivered, and all necessary paperwork has been uploaded into the RBL app. If the paperwork has not been uploaded, the billing team will not add that load to your paysheet.

4

2

# HUMAN RESOURCES

- ❑ If you deliver a load and submit all necessary paperwork on a Saturday you will be paid out for that load on your next check, however if the load is delivered on a Sunday, that load will be paid out on the following pay period.

- ❑ Each week that you are to be paid, you will receive an email with your paysheet on Monday.

- ❑ You **MUST** check this paysheet to see if it reflects what you should be getting paid for that pay period. If there are any issues, for example if a load was left off or if there are any missing layover or breakdown pay, you **MUST** reply to that email, email Jeremy (the Director of Human Resources), or contact someone in the HR department by Tuesday evening, at the latest.

- ❑ Payroll is pushed on Wednesdays. If you have not contacted Jeremy or someone in the Human Resources Department by the time payroll is pushed, any correction that needs to happen on to check cannot be addressed or paid out until the next week.

- ❑ Please check your email on Monday and look over the paysheet to make sure you are being paid out the correct amount!

5

# Payroll

- • The pay schedule for all drivers and staff at RBL is that the first four weeks are paid out weekly, after that each check is paid out bi-weekly. For example, on the fifth week a check will not be issued, however you will see two weeks worth of pay on the sixth week, and every other week after that.

- • Drivers are one week behind on the pay schedule, which means if you do orientation this week, your orientation pay will be deposited next week, either on Thursday or Friday, depending on your bank.

- • The pay period is from Sunday to Saturday.

6

3

## <u>Your Pay (cont.)</u>



• Payroll is pushed on Wednesdays. If you have not contacted Jeremy or someone in the Human Resources Department by the time payroll is pushed, any correction that needs to happen on to check cannot be addressed or paid out until the next week.

• Please check your email on Monday and look over the paysheet to make sure you are being paid out the correct amount!

7

## <u>Your Pay (cont.)</u>

• Loads are paid out when they are delivered, and all necessary paperwork has been uploaded into the RBL app. If the paperwork has not been uploaded, the billing team will not add that load to your paysheet.

• If you deliver a load and submit all necessary paperwork on a Saturday you will be paid out for that load on your next check, however if the load is delivered on a Sunday, that load will be paid out on the following pay period.

• Each week that you are to be paid, you will receive an email with your paysheet on Monday.
You **MUST** check this paysheet to see if it reflects what you should be getting paid for that pay period. If there are any issues, for example if a load was left off or if there are any missing layover or breakdown pay, you **MUST** reply to that email, email Jeremy (the Director of Human Resources), or contact someone in the HR department by Tuesday evening, at the latest.

8

4

## __Open Door Policy__



If you have been directed to do something which you do not think is safe, or, you observe conduct which you do not think is safe, it is important that you address your concern with a member of management. We might not always agree with you, but your communication will *always* be protected.

**You will never be disciplined, terminated, or otherwise have any adverse employment action for reporting what you believe to be an unsafe practice.**

We might not necessarily agree with you, but we will listen, seriously consider what you have to say, and take the necessary action.

9

# HUMAN RESOURCES CONTACT INFORMATION

Here is contact information for everyone in the Human Resources Department:

Jeremy Perkins (Director of Human Resources) jeremy.p@rbltransports.com 954-228-7277 x421

Nicole Kissoon nicole.k@rbl-inc.com 954-228-7277 x419

Ryan Murphy ryan.p@rbltransports.com 253-244-2028

Theresa Mendoza theresa.m@rbltransports.com

10

5



11

## Welcome to Royal Bengal Logistics!



**Hours of Service**: The regulations governing when you can drive.

**Logs**: How to log your time and use the electronic logging device ("ELD").

**Load Management:** How you manage the cargo in your care.

**Inspections and Documents**: How to inspect your vehicle and the documents you will need if your vehicle is being inspected.

**Safe Driving**: Safety regulations and rules of the road.

**Drug and Alcohol**:  Regulations and policy concerning drug and alcohol testing and use.

**Accident Response:** What to do if you get into an accident.

12



13



o Federal regulations limit the amount of time in a day that a driver is legally allowed to drive.

o These regulations exist to prevent truck drivers from driving too long and getting tired.  A tired truck driver is extremely dangerous to everyone on the highway.

o Breaking these rules can get both you and RBL into legal trouble.

14



15

Generally, you must do all of your driving for a day within a "window" of 14 hours.   That "window" is reopened the following day by you getting a certain period of rest:

● 10 uninterrupted hours Off Duty *or* Sleeper Berth

● A total of ten hours made up of 7+ hours in a Sleeper Berth and 2+ hours Off Duty

Interrupting this rest period can prevent you from "reopening" the 14-hour driving "window" until you have a qualifying rest period.

You must also take a break from driving for 30 minutes before driving 8 hours.

**Cannot Drive**

**14-Hour Driving Window**

16



17

## Activity Categories



18

## Driving

- Time spent driving on the highway

## On Duty

- Time spent doing anything for RBL other than driving.

## Off Duty

- Time spent doing things for yourself.

## Sleeper Berth

- Time spent resting in the sleeper berth

## Personal Conveyance

- Time spent driving the truck for your own purposes.

19



20

10



21



22

# **<u>Driving</u>**

- Time spent driving a truck.

- Once you start working (On Duty or Driving), you have 14 hours to do all the driving you need to do for the day and find a place to rest.

- Cannot drive for more than 11 total hours in a day.

- Must take a 30-minute break from driving before driving a total of 8 hours.  You can be "On Duty" or "Off Duty" for this break.

23

# **<u>On Duty</u>**

- Time spent doing work for RBL.  This includes:
  - Filling up your gas tank.
  - Doing paperwork.
  - Talking to a shipper.
  - Doing a pre-trip inspection.

- The regulations do not limit how much you can be "On Duty." However, going "On Duty" can interrupt a rest period and prevent you from gaining the benefits of that rest if the rest is incomplete.  Being "On Duty" may also trigger the opening of your driving "window" if taken after an adequate rest period.

24

## On Duty (Continued)



- If you do not have a sufficient "On Duty" period at the start of your driving day, it will look to an investigator as if you did not perform a pre-trip inspection. Similarly, if you do not have a period of "On Duty" at the same time as your fuel receipts, it will appear as if you have a false log.

25

## Off Duty





- Time actually spent for yourself. Including:
  - Having dinner at a restaurant.
  - Home time with family.
  - Sleeping when you not in a sleeper berth.
- Should not be used when you are doing anything *for* RBL.

26



## Sleeper Berth

- Time actually spent in your sleeper berth.

- Can use the sleeper berth to "split" your 10-hour rest period into two rest periods, a 7+ hour time in the sleeper berth and a 2+ hour time Off Duty.

- "Sleeper Berth" is not a substitute for "Off Duty."  A driver's logs will look false if there is an unusually long period of time in the sleeper berth.

27

## Personal Conveyance

- Represents time driving a CMV for your own personal purposes, rather than for RBL.

- Time on a "Personal Conveyance" is effectively "Off Duty."

- Deactivated on your ELD by default.  May be activated by RBL Fleet Management when appropriate upon request.

- Used to get you to a rest area after dropping off a load, if your driving "window" closed while you were waiting for the cargo to be unloaded.

28



29



30

15



1. Go inside your vehicle

2. After logging in, select "NO VEHICLE" to select the vehicle.

3. Select your vehicle

4. Connect to the ELD through your Bluetooth

## Set Up in a Vehicle

31



## Got Your Stuff?
## Required Documents

"Red Folder" with:

- Blank spare paper logs
- Accident checklist
- Proof of insurance
- Vehicle registration
- Lease agreement for truck
- ELD instruction sheet explaining how to show ELD data to safety official
- ELD user manual
- ELD instruction sheet describing requirements when an ELD malfunctions
- RBL's Authority License
- IFTA Agreement
- Cab Card

32

16

Post-Trip Inspection



33



34

## Safety Tips

Don't take any unauthorized passengers. This is important for safety reasons and because it is a requirement of our insurance.

Human-trafficking coyotes offer truckers "easy money" to take their "cargo" further inland into the United States.  Transporting immigrants this way is a felony and is dangerous to the people being transported.

Coyotes don't care whether their trucker patsies are caught, and law enforcement is aware of this scheme and pays close attention to truck drivers with the latest technology.

35

## Safety Tips (Cont.)



**Use good judgment!**

You don't get any extra credit for doing something risky all on your own.

If you can't back out on your own, get some help!

If you are worried that you might not have clearance to make a turn, take the time you need to be sure you will make it.

If you don't know what to do, call Fleet Management.

Save the shenanigans until after you finished driving an 80,000 lb vehicle on the highway.

36

## Driving Distracted Quiz

- All students will watch a video

- A 10 (ten) question quiz will follow

37

## Driving In The Rain



38

# WINTER DRIVING FOR DRIVERS



39

Driving The 5Keys Quiz

- All students will watch a video

- A 10 (ten) question quiz will follow

40

20

## Safety Tips



• Driving conditions affect semi-trucks a lot more than smaller personal vehicles. Prepare for and be extra careful in adverse road conditions.

• **Right after first rain** – leaked oils can accumulate on the road and not be fully washed away

• **Heavy Rain** – Risk of hydroplaning from pooled water, reduced visibility of potholes and other obstructions

41

## Driving in Snow

• Driving in snow can be extremely dangerous without tire chains or tire socks.

• Some states require that trucks have tire chains or tire socks available and ready to put on, even if you don't need them at the time. You will be cited if you ignore this!

• Before you leave on a route that will take you through cold climate, make sure that you have tire chains or tire socks and know how to install them.

42



# We rely on you!

We are putting a lot of trust in you.  Failing to follow these safety rules is not just about your personal safety.  There are many repercussions.

**Accident**
- Safety of the public
- Damage to the vehicle
- Your reduced income

**Citation**
- Cost of a ticket
- Hurts your record
- Harm to RBL's safety rating
- Increased cost of RBL's insurance

43



## Coaching and Guidance

**Informal Coaching - Minor Noncompliance** - Drivers who engage in minor deviations from these safety policies will be informally coached through a message on their WhatsApp group or a telephone call. Royal Bengal will implement further disciplinary measures if driver continues to engage in the types of behavior that instigated the informal coaching.

**Written Coaching - Significant Noncompliance or Failure to Correct Violations -** Royal Bengal shall provide drivers with a written explanation of the unsafe conduct and a description of what is necessary to correct that conduct.  Drivers are required to sign the document, indicating their receipt of the written coaching.

44

## Coaching and Guidance



As a member of the Royal Bengal team, we are responsible for what you do.  Your actions are our actions.  We can't stay in business if our drivers do not follow regulations or make risky decisions when they drive.

We think that you will be a good member of our team and we want to keep you here.  We may need to communicate with you the ways that we need you to improve.  If we can't work together to help improve, we will need to stop working with you.

45

## Coaching and Guidance

(C)      **Written Warning – Misconduct or Continued Failure to Correct Violations -** A member of Royal Bengal's management team will address the issue with the driver and present the written warning.  A Written Warning is intended to address circumstances where the driver has *chosen* to engage in unsafe behavior.  Written Warnings' will be considered in decisions to provide raises and bonuses to the driver.

(D)      **Written Reprimand "Final Warning" – Significant Misconduct or Refusal to Correct Violations -** A member of Royal Bengal's management team will address the issue with the driver and present the written warning.  The driver shall sign the warning to acknowledge their understanding and receipt of it.  The Written Reprimand is intended to be the driver's "final warning" before termination of the driver's relationship with RBL.

(E)      **Termination -** Drivers who refuse to correct their unsafe behavior or have committed a sufficiently serious violation shall no longer be part of the RBL team.

46

## Managing Your Health



• It can be really difficult to stay healthy on the road but it's worth the extra effort.

• "Junk food" is readily available on the road. Some drivers rely on these snacks to get by, and this type of lifestyle is not sustainable.

• Stay hydrated

• Try to snack on fruits and other healthier snacks.

47

## Managing Your Health



Avoid overusing caffeine, being dependent on caffeine can have some negative health effects

Get enough rest

It may be difficult on the road but try to exercise. When you exercise regularly, you will have more energy and be more attentive when you drive.

48

## Compassionate Driving



49

## Road Etiquette

❖ It is really easy to get angry on the road.  People do dumb things all the time.  You don't have to stoop to their level when they road rage.

❖ Remember that you are a professional among amateurs.

❖ No one ever wins a road rage "dispute."  Don't react to road raging drivers.  Avoid gesturing or even giving them eye contact.  Road raging drivers are trying to incite you.  Don't give them what they want!



50

25

## **Drug and Alcohol**



Driving under the influence of drugs or alcohol is extremely dangerous.  Intoxicated driving kills.  Your relationship with Royal Bengal will be terminated if:

➤  • You possess or use of a controlled substance while in or around commercial equipment, unless the controlled substance is prescribed by a physician, the physician confirmed that it would not affect the driver's ability to drive, and the substance is not on the DOT's prohibited list.

➤  • Refusing to take a DOT drug or alcohol test which was lawfully requested.

➤  • Conviction of DWI/DUI, regardless as to whether the driver is on duty.

51

## **Drug and Alcohol Testing**

You will be required to take a DOT drug test in the following situations:

• Before you are hired

• After certain accidents

• With reasonable suspicion

• Random selection

Refusing a DOT drug or alcohol test must be reported and will be on your clearinghouse file.

Royal Bengal may require you to take a *non-DOT* drug or alcohol test.  These tests are for Royal Bengal only.  We will terminate your employment if you refuse to take a non-DOT drug or alcohol test, but we cannot report those tests to the clearinghouse.

52

## Random and Post-Accident Drug and Alcohol Testing

• If you have been randomly selected or required to take a post-accident test, you have to immediately stop what you are doing and get tested as soon as possible.

• You will be selected for random drug or alcohol tests only right before, immediately after, or during your duty shift.

• While we will not require you to take a drug test *while* you are on your home-time, you may test positive for drugs you took during your home-time. You can test positive for a drug even though you are not intoxicated at the time.

• The selection process is random and you have an equal chance of being selected even if you have already been selected.

53

## Please be Courteous!



Please be courteous to the other RBL drivers and team members.  Please clean up after yourself before you return an RBL truck.

If you leave behind a huge mess, we might need to deduct from your pay the cost of cleaning it up.

Driver will be charged $150.00

Pet Deposit $250.00

Drivers will be charged additional if additional cleaning is required.

54

## Safe Harbor



Royal Bengal has adopted the self-reporting alcohol and drug use program permitted by 49 C.F.R. § 382.121.  Under this program, drivers that admit to their use of alcohol or a controlled substance *prior* to driving:

• Will *not* receive any adverse employment consequence from Royal Bengal arising from the admission (we won't fire you);

• Will *not* need to engage in the referral and treatment program normally required under 49 C.F.R. Part 40; and

•Will *not* need to report this situation to future employers, as you normally would have to pursuant to FMCSA regulations.

55

## RBL's Safe Harbor Policy (cont.)

There are strict requirements for this program.

You must admit your drug and alcohol use *prior* to beginning driving or a safety-sensitive function.

You should notify Fleet Management.

You cannot invoke this safe harbor if you have already been caught.

If you invoke this safe harbor, you cannot drive a commercial motor vehicle until you meet with drug and alcohol abuse evaluation expert and complete their recommended education or treatment program. You will need to have a negative drug and/or alcohol test before returning to duty.

Royal Bengal will not punish you for invoking this safe harbor policy, however, Royal Bengal will monitor you more heavily to ensure that it is safe for you to continue driving.  This may include requiring you to take additional, non-DOT, drug and alcohol tests.

56

## If You Get in an Accident



1. Don't panic, we are here to help.

2. Do what you can to remove the vehicle from any travel lanes and prevent a second accident.

3. If you or another person is in an emergency situation and you are able to help, address that situation.

4. Call Royal Bengal Fleet Management and tell them about the accident.

5. Contact the police to report the accident.  Wait for them to complete the report.

6. Do not admit fault.  Often, evidence will come up later showing that another driver was at fault, and you might be stuck with an admission made.

57

## Adverse Conditions

• **Wet roads can double stopping distance**. You must drive slower to be able to stop in the same distance as on a dry road. *Reduce speed by about one-third (e.g., slow from 55 to about 35 mph) on a wet road. On packed snow, reduce speed by a half, or more. If the surface is icy, reduce speed to a crawl and stop driving as soon as you can safely do so.*

• Slight melting will make ice wet. Wet ice is much more slippery than ice that is not wet

• Black ice is a thin layer that is clear enough that you can see the road underneath it. It makes the road look wet. Any time the temperature is below freezing and the road looks wet, watch out for black ice.

58

### Allow Extra Stopping Time

45% of fatality crashes and 74% of injury crashes were related to driving too fast for road conditions.

In ideal driving conditions, the National Safety Council recommends a <u>three-second following distance</u>. Drivers need to allow for more stopping time during adverse weather or driving conditions.

Driving in inclement weather is one of the most dangerous times to drive. Slow down and pay close attention to traffic

59

# Traction



• The heavier the vehicle, the more work the brakes must do to stop it, and the more heat they absorb.

• But the brakes, tires, springs, and shock absorbers on heavy vehicles *are designed to work best when the vehicle is fully loaded*.

• Empty trucks require greater stopping distances because an empty vehicle has less traction. It can bounce and lock up its wheels, giving much poorer braking.

60

## **Signaling**



• **Signal early.** Signal well before you turn. It is the best way to keep    others from trying to pass you.

• **Signal continuously.** You need both hands on the wheel to turn safely. do not cancel the signal until you have completed the turn.

• **Change lanes slowly and smoothly**. That way a driver you did not see may have a chance to honk his/her horn, or avoid your vehicle.

61

## **Safety Tips (Cont.)**



Always perform a pre-trip inspection. and keep an eye out for any damage that could affect safety.

Report anything you see to fleet management.  It may delay you a little to get something checked out, but it's better than being a safety risk and faster than dealing with an out-of-service order from law enforcement or a crash.

62

31



## Balance and Secure Your Cargo

Check your weight! Even though you won't be loading the cargo, you are responsible for ensuring that the cargo is correctly loaded

**Balance the Load –** Inappropriate weight on the steering axle can affect safe turning and inappropriate weight on the drive axle can affect traction.

**Center of Gravity –** Cargo with too high of a center of gravity can affect your vehicle handling and make roll-overs more likely.

**Secure the Cargo –** Unsecure cargo that shifts in transit can be damaged and change the balance of your vehicle.

63

## Preventing Accidents



Driving a truck is the 7th most dangerous profession in the United States. As the driver of a semi-truck, you control more than 70,000 lbs of equipment and cargo. Your safety and the safety of the public depend on you.

Nationally, the cost of an average large truck accident is $91,000.

In addition to the safety risk and cost, there are regulatory consequences to some accidents. It does not matter whether an accident is another vehicle's "fault." What is important is whether an accident is "preventable," meaning that a driver "failed to act in a reasonably expected manner to prevent" an accident. You have a duty to drive defensively.

64

32



**Alertness**

5.5% of fatal crashes, nationally, are caused by driver fatigue. Around 100,000 crashes are caused by driver fatigue a year.

Coffee and other stimulants can help keep you alert, but ultimately the only cure for being tired is to rest.

Be careful if you feel your eyelids start to droop. It is surprisingly easy to not realize that you are having "microsleeps" on the road. It is best to find a place to rest well before you get to that point.

65

## Distracted Driving

In the United States, distracted driving kills about 3,000 people every year.

CMV drivers who text while they drive are 23.2 times more likely to get in an accident than those that don't.

It is illegal for the driver of a CMV to use a cell phone that requires that the driver hold the phone to his or her head.

We might send you a text message concerning your driving (such as excessive speed). These communications should only be viewed or responded to when it is safe to do so.

66

## Use a Cellphone Single Touch

To use your phone, you must set it so that you can respond to calls and text messages with a **single touch**.  Anything more complicated needs to be addressed when you are not driving, as per FMCSA regulations.

Ways to lawfully talk on the phone while driving:
- • Bluetooth headset
- • Vehicle-integrated communication system
- • Mobile hands-free speaker/microphone device

The mobile phone must be located either on the driver or within easy reach.

It is illegal to do any of the following while you are driving a CMV:
- • Sending or reading text messages or photos;
- • Taking or viewing photos;
- • Manually dialing a phone number;
- • Looking up a contact number in the phone's directory;
- • Manipulating the GPS phone function in any way; or
- • Browsing the internet or using any other phone application beyond receiving calls.

67

## Safety Tips



- • Respect the risks of the highway and the rules of the road.

- • Always wear your seatbelt.

- • You are a professional driver and are held to a higher standard than the amateurs driving around you.

- • Commercial Motor Vehicles are more difficult to control and are aggressively regulated by the government.

- • For you and the other professional drivers, the speed limit actually represents what your maximum speed should be.

68

34

## Safety Tips (Cont.)



Never drive if you are under the influence drugs, alcohol, lack of sleep, or sickness.

Being under the influence of these conditions can not only make it more difficult for you to drive safely, but it can impair your ability to recognize that your driving has been affected.

69



# LOG PREPARATION AND ELD

70



71



72



73

## <u>**Application and ELD**</u>



- You will use the Motive application on your phone to help you:
  - Log your time and duty status (Driving, On Duty, Off Duty, Sleeper Berth)
  - Upload fuel and equipment purchase receipts
  - Certify that you performed your pre-trip inspection
  - Assist you with navigation
  - Communicate with members of fleet management

74

## Your Electronic Logging Device ("ELD")

- Federal regulations require that ELDs be in commercial motor vehicles.
- The ELD tracks you and the truck, helping make sure that your logs are legal.
- The ELD connects to your phone through Bluetooth.  You will interface with the ELD through an application on your phone.



75

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement.  If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



76

38

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement.  If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



77

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement.  If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



78

39

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement.  If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



79

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement.  If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



80

## What the ELD Does

- You use the Motive app to select your "duty status" and other trip information.
- Your phone connects to the ELD with Bluetooth.
- The ELD is connected to the truck through a wire, and records the truck's location, speed, and dashcam images, among other information.
- With your input, the Motive application and your ELD will generate your log, which you will need to provide to law enforcement. If your logs are noncompliant, you can get a ticket and RLB can get in trouble!
- The ELD is connected to the cellular network.
- Your driving information (location, speed, logs, etc.) are sent to RBL through the cellular network.



81

## Unidentified Driving



If your app shows that there has been "unidentified driving," you need to confirm whether it was you who was driving during that time.

If the unidentified driving events are yours and you have not claimed them, we are going to be really annoying about it until you claim it.

Failing to accept an "unidentified driving" event is illegal and you may be cited for it.

UNIDENTIFIED DRIVING

1 Driving Event
15 min in the past week

82



## Changing Your Duty Status

- Your ELD tracks your duty status.  You will need to update your duty status every time you change activities.
- Keep your logs accurate in real time.  The application well help you with legal compliance.  You can be cited for falsified logs, and this is hurts Royal Bengal a lot.
- The Motive application and ELD are programmed to collect driving information and help you keep your logs legal.   If you are violating the law, such as driving more than 11 hours in a day, your Motive application will "catch" this violation.
- Try to leave a "note" when relevant.  Explanatory notes for "On Duty" time like "filling up gas" or "waiting to unload" can be very helpful.

83



## Legal Compliance in the ELD Application

**Regulations require that you:**

- **Select the truck number you are driving**
- **Enter your trailer number  (if applicable)**
- **Digitally sign your pre-trip inspection**
- **Digitally sign your logs to certify accuracy**

84

42



## Log Inspection

Law enforcement will need to inspect your logs on occasion.

Law enforcement will look at your logs on your phone.

To prepare your logs to be inspected:

1. Select the "menu" button (3 lines)
2. Select "DOT Inspection Mode"
3. Select "Begin Inspection"

85

## Examples of Citations that can be Avoided

Beyond traditional traffic infractions (*e.g.* speeding), you can be cited for violations of trucking regulations, including:

- Driving outside the 14-hour "window"
- Driving more than 11 hours in a day
- Not taking a 30-minute break from driving in 8 hours
- Cargo too heavy or balanced improperly
- Failing to claim unidentified driving
- Mechanical problems with the truck or trailer
- Falsifying logs

86

43



87



88



89



90

# Brilliant Scheme?



It's okay if you make mistakes on occasion, as long as you try to avoid them.  Covering up a mistake is much worse than making the mistake.

It may seem like you can "cheat" and do whatever you want by disconnecting the ELD from the truck.  That isn't how the system works, though.

91

# ELD DISCONNECTION

RBL receives an alert when there is a disconnection.  We will know what you did, they cannot "accidentally" be unplugged.

If (when) you are pulled over, there will be a gap in your logs and you will be cited for creating a fraudulent log.

Disconnecting your ELD to avoid monitoring will result in your termination.

92



93



94

47

## Pretrip Inspections

When you drive without a pre-trip inspection, you are blind to the state of your truck.

Don't hope your truck is working as it should, know that it is!

What you don't know, can hurt you. Truck maintenance issues that you ignore can cause unexpected things to happen on the road and cause an accident.



95

## Pretrip Inspections (cont.)

Don't forget:

- **Chock your wheels** - prevent accidental vehicle movement
- **Brakes and brake lines** – critical component for safe driving
- **Fluid leaks –** check for any mysterious liquids have pooled below your truck
- **Emergency kit –** including fire extinguisher, hazard triangles, fuses
- **Lights and reflectors –** check that lights work and reflectors aren't too dirty to reflect
- **Wheel Lug Nuts** – Ensure tight, not rusted





96

## Pretrip Inspections (cont.)



If you catch a vehicle issue before it becomes a problem, we can arrange for the vehicle to be repaired that is convenient to you.

If you ignore the vehicle issue, then you will be stuck waiting for repairs when there is a breakdown.

97

## Pre-trip Inspections (cont.)



There is no mandatory minimum amount of time that you need to spend on a pre-trip inspection and log.

A legitimate pre-trip inspection will take you a *minimum* of 10 minutes if you know exactly what you are doing and you rush through it.  Realistically, you will need to spend more time to do it right.

Every log should show that you had a period "On Duty" before you enter "Driving" duty status to account for the time you spent on a pre-trip inspection

98

## Example of an Authority License



99

## Example of an Inspection Sheet



100

# Example of a Cab Card



101

# BILL OF LADING (BOL)



102

51

## Driver's Daily Log Sheet



103

The objective of this course is to efficiently train all drivers, so that they are prepared when they start their workday and can complete their assignments in a satisfactory and fluid manner. It is important to take advantage of this training to clarify any doubts and get the most out of it during the time that they will be instructed.



LOAD MANAGEMENT TRAINING

104

## Goals:

➢ Clarify all processes before, during and after completing the load

➢ Keep an open line of communication with drivers and all parties involved (in or outside of RBL)

➢ Taking notice of anything that should be reported immediately via WhatsApp chat, phone, or email

➢ Inform the drivers of all the documents needed

➢ Address the importance of accepting tracking from the brokers, that way they will be updated and we avoid multiple phone calls that can be a distraction

➢ Ensure that delivery is completed safely and efficiently

➢ Update the RBL App and upload all the documents, it is extremely important to know how to use this App and the WhatsApp, because those are our work tools

**Duration:** 20 minutes (plus questions)
We follow the driver briefing sheet to make sure we cover all the important aspects (attached below).

105

# **Paperwork**

You may use your phone's camera to upload documents, but the image must be clear, legible, and contain the entire document image.  Please place the document on a flat surface in a well-lit area and ensure that none of the corners of the document are outside of the picture.

## Royal Bengal drivers must:

•All Bills of Lading and inspection reports **_must_** be immediately uploaded in the Motive app upon driver's receipt.  These documents are important for both legal compliance and to get drivers paid.

•Receipts for fuel and vehicle services must be uploaded.  These documents are required by the Department of Transportation and Royal Bengal can be penalized and fined for not having legible copies of this paperwork.

106



107

## Pre-trip and Equipment



• Possess load locks and/or straps (min. of 2)

• Possess snow chains or tire socks if necessary on route

• ELD is working and you can connect

• Confirm reefer unit is working and that it is the appropriate temperature based on specifications (if applicable)

• Confirm that the trailer is in a sufficiently good condition (clean, odor free, no holes)

• If the trailer does not meet standards, report it immediately. Otherwise, you could be blamed for it.

108

54

## Route Explanation



**Loads Assigned**

    WhatsApp

    Email

    RBL APP

**Pick Up**

    Location

    Driver Instructions

    Escort Fees

    Fuel Level

    Send the pick-up Bill of Lading to POD@RBLTRANSPORST.COM

    Send seal pictures through WhatsApp

109

## Load Briefing



**In Transit (ETAs & tracking)**

    • Broker requests & tracking links

    • Call from brokers directly for dispatch info

**Delivery (location & load details)**

    • Lumper fees and receipts

    • Driver communication

    • Report in and out times

    • Must report any damages, overages or, rejected product to relay to broker

    • Broker instructions (if applicable)

    • Scale tickets

    • Constant monitoring of load temperature (if applicable)

110

## New Driver Load Briefing

**Expectations**

• Safe and secure trip

• On-time arrival

• Updates any minor/major issues or possible delays for pick up or delivery

• Proof of delivery / bill of lading must be submitted immediately after delivery (signed)

• No driver assist

• No hazmat

• Drivers must monitor hours properly to ensure on time pick up and delivery, if at any time you cannot safely and legally reach the receiver on time, let us know

• Must complete load before any home time

• Drivers must notify in WhatsApp when ready for next assignment

111



## New Driver Loading Briefing

**Dispatch Email**

• • Mileage

• • In-depth load details

• • Broker number

• • Load number

**WhatsApp**

• • Report updates on WhatsApp

• • Monitored around the clock

• • Report any delay or issues with the load

• • Send trailer pictures once you drop off an empty trailer or hook up a preloaded trailer

112

56



**New Driver Load Briefing**

**RBL APP**

- Updating the status (assigned / on going / delivered)
- Should be accurate with current status
- Upload the pod before departing the receiver also the receipts if there is any fee (late fee, lumper, restack)
- Upload trailer pictures and pod once you return the trailer as proof of delivery (if applicable)

113



SCALE TICKETS

114



115



116



117



118



119



120

# Exhibit 3

Photographs of Classroom Training





Photographs of structured classroom training at RBL's Coral Springs, FL facility

# Exhibit 4

Classroom Training Survey

# Royal Bengal Logistics

# Training Evaluation Form

Date: _____

**Instruction**: Please indicate your level of agreement with the statements listed in #1-11.

|  | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
|---|---|---|---|---|---|
| 1. The object of the training were clearly defined. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. Participation and interaction encouraged. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. The topics covered were Relevant to me. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. The content was organized and Easy to follow. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5. This training experience will be useful in my work. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6. The trainer was well prepared. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7. The training objectives were met. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8. The time allotted for the training was sufficient. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 9. The training room and facilities were adequate and comfortable. | ☐ | ☐ | ☐ | ☐ | ☐ |

What would you like to see for future training: _____

_____

_____

# Exhibit 5

Photographs of Lubbock Training Facility



Photograph depicting the construction of the female showers at the Lubbock training facility.

Photograph of the cots for new driver trainees at the Lubbock facility. Drivers stay on site during the extended training.







Aerial photographs depicting RBL's training facility at the Reese Center in Lubbock, Texas. The former military runway is an extremely effective location for truck training because it is large, private, and can easily be modified with obstacles and other training aides.

RBL trainer, Mark Penn, teaches a driver trainee about the operation of a CMV.





Trainees have the opportunity to both observe and participate in various exercises.



Because of the unique attributes of the Lubbock training facility, trainers can prepare various obstacles to simulate real world scenarios.





Trainees are taught about various components of the CMV. This training can help ensure that RBL drivers will be able to identify mechanical issues during a pre-trip inspection.





RBL's maintenance facility shares space with the training facility. Driver trainees spend a day with the mechanics to develop a more comprehensive understanding of the CMV and its operation.








Various photographs depicting new driver training at the RBL Lubbock training facility.

# Exhibit 6

Invoices Reflecting the Purchase of Dashboard Cameras


Formerly KeepTruckin

**Amendment Quote for ROYAL BENGAL LOGISTICS INC**
*Valid Until 06/13/2022*

**Sales Rep**
Michael Cajigas
michael.cajigas@gomotive.com

## Fulfillment Summary

**Billing Address**
Sanjay Singh
9600 West Sample Road Suite 100
Coral Springs, FL, 33065
USA

**Sold To**
Sanjay Singh
9600 West Sample Road Suite 100
Coral Springs, FL, 33065
USA

| | | | |
|---|---|---|---|
| **Amended Contract Term Start Date** | May 30, 2022 | **Primary Contact** | Sanjay Singh |
| **Amended Contract Term End Date** | May 29, 2025 | | admin@rbltransports.com |
| | | | 510-342-6770 |
| **Billing  Frequency** | Monthly | | |
| **Payment Method** | Credit Card | | |
| **Payment Terms** | Due Upon Receipt | | |

**ORDER SUMMARY**

| Hardware Charge(s) | Qty | Unit Price | List Price | Discount | Hardware Total |
|---|---|---|---|---|---|
| **Vehicle Gateway** | 50 | USD 150.00 | USD 7,500.00 | 100.00% | USD 0.00 |
| **AI Road-Facing Dashcam** | 50 | USD 350.00 | USD 17,500.00 | 100.00% | USD 0.00 |
| **Shipping Fee: Ground** | 100 | – | USD 102.50 | 100.00% | USD 0.00 |

| Subscription Charge(s) | Qty | Unit Price | List Price | Discount | Subscription Total |
|---|---|---|---|---|---|
| **Pro Plan** | 71 | USD 40.00 | USD 102,240.00 | 12.50% | USD 89,460.00 |
| **AI Road-Facing Dashcam Plan** | 50 | USD 40.00 | USD 72,000.00 | 12.50% | USD 63,000.00 |

| | |
|---|---|
| *Hardware Total [3]* | *USD 0.00* |
| *Subscription Total [3]* | *USD 152,460.00* |
| **Total Contract Value[3]** | **USD 152,460.00** |
| **First Invoice Total** | **USD 4,235.00** |
| **Recurring Monthly Total[3]** | **USD 4,235.00** |

*The parties acknowledge and agree that the pricing and terms of this Order Form are the confidential information of Motive and Customer agrees not to share such information with any third parties.*

**Terms and Conditions for Motive Services**

## Introduction

The terms of this Order Form and the Motive Terms of Service located at www.gomotive.com/tos (the "TOS") govern Customer's use of the Motive Services (as defined in the TOS), except as otherwise agreed to in writing on this Order Form or Customer's initial signed quote for the Contract Term. Any capitalized terms not defined herein have the meanings set forth in the TOS. By executing this Order Form, Customer accepts the TOS and agrees to be bound by them.

## Taxes

Customer is responsible to pay any and all taxes that Motive may be required to collect or pay for providing the Customer with the Services. Any such taxes will be included on Customer's invoices.

## Billing and Invoicing

Customer's Payment Method will be billed for the first payment due under this Order Form upon receipt and confirmation of the order. Such payment will be due in accordance with the terms of this Order Form. If payment is due immediately, then Motive has the right to charge Customer's Payment Method immediately upon placement of the order. Thereafter, Customer will be billed in accordance with the Payment Frequency set forth in the Order Summary

## Automatic Renewal

**At the end of the Contract Term, Customer's subscription for all Services on its account will be automatically extended for successive renewal periods of twelve (12) months (each a "Renewal Term") at the then-current non-promotional rate (the "Renewal Rate"), unless Customer provides at least thirty (30) days' notice prior to the date of renewal by contacting Motive at support@gomotive.com or 855-434-3564 before the end of the applicable Contract Term or Renewal Term.**

## Payment Terms

By signing this Order Form, Customer is authorizing Motive to bill Customer's Payment Method in accordance with this Order Form and the TOS. For any additional Services or upgrades which are ordered and activated in between billing cycles, Customer will be billed for a prorated amount with respect to such additional Services or upgrades. Except as otherwise set forth in the TOS, this Order Form is noncancellable and Customer is responsible for payment for the Subscription Services for the entire Contract Term.  Specific information concerning cancellation is set forth in Motive's Cancellation Policy.

In the event that Customer has financed the Services through a Lender, Customer should refer to the terms and conditions of its financing arrangement with the Lender and the sections of the TOS referencing financed equipment.

*In the event that delivery and activation of the Services has not occurred as of the Valid Until Date, Motive may require Customer to enter into a new Order Form for the Services set forth in the Order Summary and void this Order Form. Upon execution of the updated Order Form, this Order Form shall be void and of no effect.

 **Motive may move the Contract Term Start Date, Contract Term End Date, Order Term Start Date based on the date that Motive activates or delivers the Services in the Order Summary. Customer may contact support@gomotive.com for confirmation of the Contract Term Start Date, Contract Term End Date, and Order Term Start Date. Order Term Lengths are estimates only and your prorated billing will be reflected on Customer's invoices.

***Amounts are estimated, and Customer's invoice may include additional charges for shipping and tax. Pricing for additional orders and upgrades will be prorated based on the remainder of the Contract Term at the time of activation or delivery of the Services, which will be reflected on Customer's invoices..

CONFIDENTIAL

Accepted and agreed to by Customer's authorized representative.

**Customer: ROYAL BENGAL
LOGISTICS INC**

Signature          *SANJAY SINGH*

Printed Name       SANJAY SINGH

Date               5/31/2022

# Packing List



*Date: 9/8/2022*
*Sales Order Number: SO-0574011*

*25 Hazelwood Dr. Suite 110*
*Amherst, NY 14228*

ROYAL BENGAL LOGISTICS INC
3700 NW 109TH AVE
CORAL SPRINGS, Florida, US 33065
admin@rbltransports.com
(510) 342-6770

| Item | Item Description | Quantity |
|---|---|---|
| DC-53 | Road-facing AI Dashcam | 25 |
| LBB-3.6CA | Cellular Vehicle Gateway | 25 |
| CABLE-3001 | 3001 - 9-Pin Y Green for LMH Duty Vehicles | 25 |
| CABLE-3000 | 3000 - 9-Pin Green for LMH Duty Vehicles | 25 |

ELD Serial Numbers: AABL36QC271178, AABL36QC271202, AABL36QC271254, AABL36QC271258, AABL36QC271259, AABL36QC271236, AABL36QC271257, AABL36QC271278, AABL36QC271264, AABL36QC271237, AABL36QC271245, AABL36QC271281, AABL36QC271285, AABL36QC271267, AABL36QC271335, AABL36QC271384, AABL36QC271284, AABL36QC271287, AABL36QC271410, AABL36QC271265, AABL36QC271366, AABL36QC271336, AABL36QC271322, AABL36QC271308, AABL36QC271298
Dashcam Serial Numbers: ABADC1DC330106, ABADC1DC330322, ABADC1DC330340, ABADC1DC330351, ABADC1DC330652, ABADC1DC330659, ABADC1DC330147, ABADC1DC330535, ABADC1DC330699, ABADC1DC330704, ABADC1DC330732, ABADC1DC330747, ABADC1DC330706, ABADC1DC330723, ABADC1DC330748, ABADC1DC330756, ABADC1DC330777, ABADC1DC330852, ABADC1DC330091, ABADC1DC330488, ABADC1DC330489, ABADC1DC330524, ABADC1DC330720, ABADC1DC330751, ABADC1DC330986

**Questions about your order?** Contact us at billing@gomotive.com or 855-434-3564.

# Exhibit 7

Sample of Driving Events Identified by Motive System



Depictions of the unsafe driving events reported by the Motive platform.  RBL addressed both of these violations by coaching drivers via messaging.  This method was used because both violations were relatively minor after review of the footage.  In the above, the driver treated the stop sign as a "yield" sign, however, there was no danger of a collision because the other ingress locations clearly had no other drivers. Below, the close following incident was relatively minor.





The dashboard cameras provide more context to driving events. Left, the video revealed that the driver had approached the intersection too enthusiastically in an attempt to make the light. The driver stopped abruptly when he recognized that he could not safely turn at that time.

