**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   23-60117-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,
    Plaintiff,
vs.

**SANJAY SINGH**,
    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Defendant's Objections to Presentence Investigation Report [ECF No. 262], filed on February 11, 2024.  Accordingly, and considering the issues raised therein and the need for the parties and the Court to prepare for sentencing, it is **ORDERED AND ADJUDGED** as follows:

1. The Government shall file a response to the Defendant's PSI Objections **no later than March 5, 2025**.  If the Government intends to rely solely upon the trial evidence to resolve any factual disputes at sentencing, the Government shall cite the trial evidence and trial transcript pages it intends to rely upon.  If the Government intends to rely upon any additional evidence beyond the trial evidence at sentencing, it shall inform the Court and provide copies of any evidentiary exhibits to defense counsel and the Court **no later than March 12, 2025**.

2. The Government shall inform the Court if any witnesses will be called at the sentencing hearing, or if any victims wish to be heard at the sentencing hearing, **no later than March 19, 2025**.

3. In its briefing, the Government shall provide the factual basis and legal authority for all of its positions and responses to Defendant's PSI Objections, including but not limited to the following:

    (a) which edition of the United States Sentencing Guidelines shall be utilized at

sentencing;

(b) the precise loss amount to be attributed to the Defendant at sentencing and how that amount is determined;

(c) the precise number of victims to be determined at sentencing;

(d) whether any obstruction of justice enhancement should apply; and

(e) any other enhancement or fact to be determined at sentencing, either for purposes of calculating the advisory sentencing range under the Sentencing Guidelines, or for purposes of consideration of all the factors under 18 U.S.C. § 3553(a).

In addition, the parties shall submit to the Court their respective positions regarding the impact of *United States v. Horn*, 22-13327 (11th Cir. Feb. 24, 2025), upon this sentencing.

4. Counsel for the Defendant may file any supplemental or responsive briefing in connection with sentencing **until March 21, 2025**.

5. Each party shall, **no later than March 21, 2025**, file a notice of setting forth all previously filed objections that have been resolved and all objections that remain outstanding.

6. The sentencing hearing in this matter is reset for **March 26, 2025, at 11:00 a.m.**, in the Fort Lauderdale Division, Courtroom 202A, before Judge David Leibowitz. The Court has set aside 90 minutes in total for this hearing. If any party requires more time, counsel for that party shall file, **no later than March 21, 2025**, a motion for more time in which the moving party shall lay out exactly how much time will be needed and why (including but not limited to the need to submit evidence at the hearing).

**DONE AND ORDERED** in The Southern District of Florida February 24, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record