UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60117-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SANJAY SINGH,**

    Defendant.
_____/

## OMNIBUS ORDER ON MOTIONS

THIS CAUSE came before the Court on Defendant's Motion to Dismiss Counts 1-7 of the Indictment [ECF No. 270], and Defendant's Motion to Unseal Grand Jury Transcripts [ECF No. 272]. The United States responded to both Motions in The United States' Motion to Strike [ECF No. 273]. Being fully advised, having reviewed the submissions of the parties and heard the arguments of counsel, and for the reasons stated on the record at the April 15, 2025 hearing, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss Counts 1-7 of the Indictment [ECF No. 270] is **DENIED**; and

2. Defendant's Motion to Unseal Grand Jury Transcripts [ECF No. 272] is **DENIED**;

**DONE AND ORDERED** in the Southern District of Florida on April 15, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record