UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60117-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

       **Defendant.**
_____/

## NOTICE OF FILING VICTIM IMPACT STATEMENTS

The undersigned Assistant United States Attorney hereby provides notice of filing six Victim Impact Statements.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: */s/Robert F. Moore*
Robert F. Moore
Assistant United States Attorney
Court Id No. A5502488
U.S. Attorney's Office
99 Northeast Fourth Street, Suite 400
Miami, Florida 33132-2111
Tel: (305) 961-9411
Email: Robert.Moore@usdoj.gov

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 21, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

            */s/Robert F. Moore*
            Robert F. Moore
            Assistant United States Attorney