
FL 33023
Mirmasis1966@gmail.com
-0338

February 25, 2025

To Whom It May Concern:

I write to share the profound impact that our investment experience with RBL has had on my life. The loss of my investment has devastated my family financially, emotionally, and has drastically altered our life in ways I never anticipated.

The financial loss from the fraud has forced me to make difficult, and often painful, adjustments. It completely upended my plans for the future, especially as this money was intended to serve as part of my retirement savings. With the funds gone, I have been left with nothing to support my husband and I in our later years.

As a result, I have had to work longer hours, take on a second job, and borrow money just to keep up with basic expenses that I had already planned for. I have had to rely on my daughter to pay many of our bills, something I never expected to happen at this stage in my life. The burden has been heavy, and not only has it affected me financially, but it has also placed significant strain on our family relationships.

The stress of an uncertain future is something I can hardly put into words. The worry about how I will make ends meet and what lies ahead has taken an unbearable toll on my well-being. It has been extremely difficult to maintain my usual sense of stability, and the emotional and physical effects of this stress have been overwhelming.

The future that I had once envisioned for my retirement has now been reduced to a constant struggle. This experience has forever altered our sense of security and peace of mind, and I am left trying to pick up the pieces of my life in the wake of a devastating financial crime.

I hope this letter helps to provide a clearer picture of the tremendous impact that this situation has had on me and my family. The trust we placed in RBL has led to irreparable damage to my finances, my plans, and my mental health.

I appreciate your attention to this matter and sincerely hope that no other individuals or families have to endure the same fate.

Sincerely,

