2/24/2025

Honorable Judge

**Sentencing for SANJAY,**

Dear Judge,

I am writing to you today regarding the sentencing of Senjay, for Charges related to his actions involving Royal Bengal Logistics. I am a victim in this case, having invested all my life savings in the Company.

I understand that the court has a difficult task in determining a just and appropriate sentence. I wish to share my perspective on the impact of Senjay's actions on myself and my financial well-being.

My investment in Royal Bengal represented a significant portion of my savings, funds earmarked for my retirement, money intended for my children's education, and a graduation car for my son to be able to go college. The loss of this money has had a profound impact on me not just financially but also mentally as well as my trust in humanity. It has created significant financial hardship for my family, it has made it impossible for my son to go to the school he wanted to attend due to transportation. Beyond the financial loss, I have also experienced mental breakdown at times, and a significant amount of stress and anxiety, and difficulty in making future investment decisions. Senjay's actions have not only harmed me financially but have also eroded my sense of security and trust.

I understand that the court will consider various factors in determining the appropriate sentence. I respectfully request that, in addition to any other considerations, the court take into account the significant financial and emotional harm that Senjay's actions have caused me and countless others. I pray that you take all factors in account when determining the appropriate sentence for Sanjay and all others that are involved in this case.

Thank you for considering my input in this matter.

Sincerely,



J████ C. E████