Dear Judge,

I am writing this letter with a heavy heart to share my devastating experience of falling victim to a scam that has completely upended my life. I hope my story can not only shed light on the impact such deceit can have but also serve as a call for support, guidance, and action to help me navigate this unimaginable situation.

My ordeal began when I have been approached by a colleague (Emmanuel Clermont) convincing me to invest in RBL . Being a good friend at the time . I really trusted him, but the investment opportunity turned out to be fraudulent. By the time I realized what had happened, I had lost all my life savings, my business, and almost lost my wife because she had warned me before that happened, with it, my sense of stability and hope.

The stress and anguish have taken a serious toll on my health. I am now battling illness such [High Blood Pressure, Diabetes and "severe anxiety and depression," "a chronic illness exacerbated by stress"], leaving me physically and emotionally drained. The weight of this experience feels unbearable, yet I know I must keep going.

I humbly reach out to you in the hope of receiving proper justice ,["resources to rebuild my financial footing," "guidance on how to move forward," or "advocacy to prevent others from becoming victims"]. Any support, whether it's the highest sentence and being able to get his associates, advice, assistance, or simply acknowledgment of my struggle, would mean more than words can express.

I share my story not only for myself but for others who might unknowingly walk the same path. Scams of this nature strip people of more than just material possessions—they erode trust, dignity, and health. I believe that together, we can shine a light on this issue and work to prevent similar tragedies.

Thank you for taking the time to read this letter and for considering my plea. Despite the pain, I remain hopeful that compassion and justice can help bring some measure of healing. Please don't hesitate to reach out to me if additional details are needed or if you can offer guidance.

Sincerely,



J█ R F█████

████████████

████████████ FL

J█████132@gmail.com

██████-1541