01/25/2025

**Subject: Impact of Investment Loss with RBL**

Dear Honorable [Judge,

I am writing to you with a heavy heart to share the profound impact that my investment with RBL has had on my life and my family. I used my family's life savings, which included funds meant for my children's college education, in what I believed to be a promising opportunity with RBL. Unfortunately, the outcome of this investment has left my family in financial and emotional ruin.

As the primary decision-maker for my family's finances, I felt it was my responsibility to ensure a stable and secure future. When I chose to invest with RBL, I genuinely believed I was making a prudent decision to grow our savings. However, this decision has turned out to be catastrophic.

The financial loss has strained my relationship with my wife, who trusted me completely with our family's savings. The weight of losing everything we had worked so hard to build has caused ongoing tension, resentment, and arguments in our household. It has shaken the foundation of our marriage, and I am struggling to regain her trust.

Moreover, the impact on my mental and emotional well-being has been severe. I experience constant stress, sleepless nights, and overwhelming guilt for putting my family in this position. The thought of having jeopardized my children's education and future weighs heavily on me every day.

I humbly request that you take this impact into consideration when making decisions regarding this matter. I hope justice will be served and that my story underscores the real-life consequences of financial misconduct.

Thank you for your time and understanding.

Sincerely,

[signature]

M████ ████