To Judge

I joined RBL through a friend, believing it was a legitimate company that could help grow my savings.

I researched the company, but I did not know it was a Ponzi scheme.

The representatives convinced me it was a credible business, part of the Haitian diaspora, with multiple trucks in operation.

I invested hard-earned money to purchase two trucks and a trailer, only to discover later that it was a fraud.

Now, I am left without my savings, in debt, and struggling to plan for the future.

This situation has caused significant stress, and I feel deeply cheated by these deceptive practices.

I have to work even harder, even longer, move my retirement to my 70s in order to have some semblance of a future retirement.

Monsters like these should not be allowed to prey on people that did their due diligence and people that believe they're making the proper investments.

I don't mind taking losses but it feels, it feels worse when you're cheated.

Regards

T██████ D████████

Email: tdesravi@gmail.com