**To:**

The Honorable Judge Leibowitz

**Subject:** Character Letter in Support of Sanjay Singh

**Dear Honorable Judge Leibowitz,**

I am writing with utmost respect and sincerity in reference to the upcoming hearing concerning my husband, Sanjay Singh, scheduled for May 30, 2025. I humbly present this letter as my personal testimony and earnest prayer for your kind consideration.

My name is Sheetal Singh, and I am the wife of Sanjay Singh. We have been happily married for the past ten years, and I have known him since 2009. We first met on a matrimonial website, both in search of a life partner committed to marriage. At that time, Sanjay was working as a commercial pilot for Jet Airways in India, while I was working in the media industry as a Producer and Director. Despite our demanding professions, our bond grew steadily, and after five years of companionship, we married in March 2015.

Sanjay is a dedicated professional, a loving husband, and an incredibly responsible father. He is the primary provider for our family and manages his responsibilities with grace, commitment, and sincerity.

Our lives took an unexpected turn when our daughter, Shanaya Singh, was born on May 28, 2017. She was diagnosed with Pierre Robin Sequence syndrome, which involved a cleft palate and recessed jaw. At just two weeks old, she underwent a complex surgery that required an apparatus to be placed in her jaw for four months. During this critical period, Sanjay was

unwavering in his support—emotionally, physically, and medically. He took on household responsibilities and remained actively involved in her care and recovery, demonstrating strength, compassion, and resilience.

Beyond his role as a father and husband, Sanjay is also a devoted son and brother. He lost his father at the tender age of 15 and assumed the role of caretaker for his mother and seven siblings. He has never wavered in his support—emotionally or financially. In 2015, he formally adopted his sister's son, Suryansh Anand, to help his single-mother sister give her son the best opportunities in life. Suryansh now lives in the United States.

Sanjay is a man of integrity, driven by strong principles and compassion.  His love for his family is unwavering, and he treats my mother and brother as his own. They adore him deeply, as do I.

Despite the challenges we currently face, I continue to believe in Sanjay and in the values that define his character. I know him to be a kind, respectful, and deeply moral individual. It is not in his nature to cause harm to anyone.

I respectfully request Your Honor to consider this letter in your deliberations. Sanjay is not only a wonderful husband and father but also a man who has always stood by his family and community with strength and compassion.

Thank you for your time and consideration.

With deepest respect,

**Sheetal Sanjay Singh**