**From:** "Royal Bengal Logistics, INC. Administration" <admin@rbl-inc.com>
**Sent:** Mon, 8 May 2023 11:45:02 -0400 (EDT)
**To:** art@rbl-inc.com; "ANINDYA ROY" <anindya.r@rbltransports.com>; "ATUNU ROY" <atunu.r@rbltransports.com>; "B C K" <bk@rbltransports.com>; "Bashar Sawaged" <bashar.s@rbltransports.com>; bdoprint@rbl-inc.com; "Billings Account" <acct@rbltransports.com>; "BRUCE GUILLAUME" <bruce.g@rbltransports.com>; "CASSANDRA LABISSIERE" <cassandra.l@rbl-inc.com>; chantale.d@rbl-inc.com; "CHETAN CHAVAN" <chetan.c@rbltransports.com>; coral.springs.all@rbl-inc.com; debashish.j@rbl-inc.com; dipti.a@rbl-inc.com; DOC@rbltransports.com; dof@rbltransports.com; "Don Provost" <don.p@rbl-inc.com>; "Dontae Bellony" <dontae.b@rbl-inc.com>; dc@rbltransports.com; "EKTA KAMBLE" <ekta.k@rbltransports.com>; "Elise Maulolo" <elise.m@rbl-inc.com>; "Elizabeth Hueber" <elizabeth.h@rbltransports.com>; "Esai Ambo" <esai.a@rbltransports.com>; fritz.c@rbl-inc.com; gary.s@rbl-inc.com; george.e@rbl-inc.com; gina.a@rbl-inc.com; "Greg Jones" <greg.j@rbl-inc.com>; humanresources@rbl-inc.com; ignacio.o@rbl-inc.com; ins.mx@rbltransports.com; "Jacob Calderon" <jacob.c@rbl-inc.com>; "Jeremy Perkins (Dir of Human Resource)" <jeremy.p@rbltransports.com>; reimbursements@rbltransports.com; "Jessenia Soto" <jessenia.s@rbl-inc.com>; "JESTINA SINGLETARY" <jestina.s@rbltransports.com>; "July Sanchez (D.O.O)" <july.s@rbltransports.com>; "Karen Wolsey" <karen.w@rbl-inc.com>; "KEYON ANDREWS" <keyon.a@rbl-inc.com>; "KRISH MANOHAR" <krish.m@rbl-inc.com>; "Lacy Elliott" <lacy.e@rbl-inc.com>; "LAINE DORVILLIERS" <laine.d@rbltransports.com>; "marlin laguerre" <marlin.l@rbl-inc.com>; "MEGHDEEP NAG" <meghdeep.n@rbltransports.com>; "Nate Lasseur" <nate.l@rbl-inc.com>; "Nicole Kissoon" <nicole.k@rbl-inc.com>; nicole.k@rbltransports.com; "Operations Control" <operations@rbltransports.com>; pod@rbltransports.com; patricia.r@rbl-inc.com
**Subject:** CEO - Royal Bengal Logistics Inc.

GOVERNMENT EXHIBIT
CASE NO. 23-60117-CR-DSL
EXHIBIT NO. 26-15



**CHIEF EXECUTIVE OFFICER / General Counsel.**

Dear All,

It is my absolute pleasure to announce that I have made a decision to appoint Elizabeth Hueber as the CEO of Royal bengal Logistics Inc; Effective 4th of June, 2023. Her function will also include continuing as general Council for the company for

any legal reviews and other legal matters. I have full confidence in my decision to appoint her as CEO, her role will focus on developing the company's operation, revenue, and compliance with all applicable DOT regulations.

Business Development will remain Independent and it will report to the **President and Vice President**, However, basic synergy in operation will remain intact with BDO.

Her role will be Supported By V.P  Ricardo, VP Ricardi, and the undersigned.


**Congratulations!!!! Elizabeth** - I hope you will take this company to a billion-dollar revenue per quarter one day.



**If you have any questions or comments don't hesitate to email me.**


**SANJAY SINGH –** *President*

9600 WEST SAMPLE ROAD SUITE 100, Coral Springs  FL-33065

Office: 954-228-7277 - 404

Direct: 510-342-6770

Email:  Primary - admin@rbl-inc.com      | admin@rbltransports.com.  - *Both Email add will be received in Primary email.*

www.rbl-inc.com

**ROYAL BENGAL LOGISTICS, INC.** | **DOT NUM: 3149658** | **MC: 104106**

