| TD AMERITRADE RICARDO GUTIERREZ - ACCOUNT No.: 252-244303 | | |
|---|---|---|
| **Date** | **Debit** | **Credit** |
| 8/27/2021 | | $50,000.00 |
| 09/07/2021 | | $500.00 |
| 09/16/2021 | | $5,000.00 |
| 09/08/2021 | $5,178.00 | |
| 09/13/2021 | $6,000.00 | |
| 10/08/2021 | | $25,000.00 |
| 12/09/2021 | | $25,000.00 |
| 02/14/2022 | $517.98 | |
| 03/15/2022 | $495.00 | |
| 05/03/2022 | | $100,000.00 |
| 05/04/2022 | | $150,000.00 |
| 05/05/2022 | | $200,000.00 |
| 05/06/2022 | | $48,000.00 |
| 05/13/2022 | | $150,000.00 |
| 05/17/2022 | $60,000.00 | |
| 05/31/2022 | $250,000.00 | |
| 06/01/2022 | $110,000.00 | |
| 06/02/2022 | $125,000.00 | |
| 06/08/2022 | | $20,000.00 |
| 06/09/2022 | $60,000.00 | |
| Grand Total | $617,190.98 | $773,500.00 |
| Gain/Loss | -$156,309.02 | |