| | |
|---|---|
| **From:** | "Royal Administration" <admin@rbl-inc.com> |
| **Sent:** | Mon, 28 Nov 2022 18:06:33 -0500 (EST) |
| **To:** | "Elizabeth Hueber" <elizabeth.h@rbltransports.com> |
| **Cc:** | "Sheetal Singh (Director of Finance)" <sheetal.s@rbl-inc.com> |
| **Subject:** | Re: Middle Class Doc PREVIEW |
| **Attachments:** | ATT00002.bin;PastedGraphic-2.tiff |

I agree with all stipulations from Elizabeth.

Sincerely,



https://youtu.be/HTtZcA4tCVk

**SANJAY SINGH**
**PRESIDENT, ROYAL BENGAL LOGISTICS, INC.**

954-228-7277 EXT 404
510-342-6770
rbl-engineering.com
admin@rbl-inc.com
www.rbl-inc.com
9600 W SAMPLE ROAD, SUITE 100, CORAL SPRINGS FL-33065
DOT NUM: 3149658



Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.

On M. Elizabeth Hueber <elizabeth.h@rbltransports.com> wrote:

PRIVILEGE COMMUNICATION - THIS MESSAGE IS CONFIDENTIAL AND INTENDED ONLY FOR THE UPPER MANAGEMENT OF ROYAL BENGAL LOGISTICS, INC. DO NOT SEND THIS EMAIL OR PERMIT IT TO BE READ BY ANY OTHER PARTY.

The video was very well done! There are few key areas that I believe we need to truncate/edit from the video, as explained below. Of course, I am available to explain in greater detail why I am making these recommendations.

1. Sanjay makes a few innocent comments that could create liability if taken literally. While I understand the honest intent behind your statements, these statements could be used in litigation to support a claim of illegal business tactics/fraud.

   a. Statements concerning creating a "multi-million-dollar company" by "investing." Recommend truncation of the audio at 0:39-0:41.

   b. Statement concerning providing "100% profit." Recommend truncation of video at 10:51-10:54 (right after "we reverse that" until right before "this is how much you are going to get").

   c. Statement concerning an investor receiving a "million-dollar" company by investing. Recommend truncation of the video at 59:33-1:00:00 (Sanjay's statement right before he says "it's a lot of hard work building these companies").

2. Todd innocently makes statements that could be construed as purposeful reckless hiring of unqualified drivers. While it is a good feel-good statement supporting our efforts to bring in fresh drivers, the statement that we are "taking a gamble" on them might be used (in conjunction with the earlier statement about how there is a driver shortage) to suggest that we are knowingly hiring unqualified drivers despite the risk that they pose to the public. Such a statement would be used in litigation to support claims of punitive damages against RBL. Recommend truncation of 32:11-32:53.

3. BK describes how he created a company because creditors were avoiding lending to RBL because it was growing too fast. While I believe that this is probably completely legitimate, the statement could be used by a lender in a dispute to support a bank fraud or "loan stacking" claim. A lender could argue that the businesses created are not real companies but are instead "synthetic" businesses designed to trick a financial institution into lending money to RBL when it would not otherwise do so. Furthermore, the statement might appear fraudulent to a sophisticated large lender and dissuade them from doing business with us. Recommend truncating 4:44-5:01) (cutting from "and when we tried to get a third truck" until right *before* "it took me a long time to get approved for a loan").

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-60117-CR-DSL
EXHIBIT NO. 26-9

4. Load management makes statements which represent illegal discrimination. Recommend truncation of 38:31 – 39:02 (Right after "predominately men" until right before Sanjay says "good morning"). While the statements are only one part of the section, there are several "sex" based comments which don't add a whole lot and have ambiguous propriety. We should consider removing the greater section of 37:36 - 39:02.

5. We need a disclaimer statement displayed. The more prominently placed, the better; however I recognize that placing this too prominently might take away from the audio-visual impact of the video. As a middle ground between business/legal interests, I suggest the following be put in the video comment *and* shown in the video at the end:

> Royal Bengal Logistics, Inc investor programs provide opportunities for investors to earn a fixed return during the term of their loan. Program participants issue loans to the company and do not receive any ownership interest because of their participation. Program participants receive the same return on their investment regardless as to how well or how poorly the company performs. The information contained within this video are for informational purposes only, and the particular terms of the investor program are contained solely within the written contract between program participants and Royal Bengal Logistics, Inc. Royal Bengal Logistics, Inc does not provide legal or financial advice, and all potential investor program participants should acquire their own legal and financial advice prior to participating in any investor program.

If you are in agreement with these changes, I can coordinate directly with the production company.

On Mon, Nov 28, 2022 at 4:06 PM Elizabeth Hueber <elizabeth.h@rbltransports.com> wrote:
> I reviewed the video and am preparing particular recommendations. In the meantime, could you advise if we have releases signed by everyone who speaks in the video? Is there a sample of these releases that I could take a look at?
>
> Thank you!
>
> On Sat, Nov 26, 2022 at 7:14 PM Elizabeth Hueber <elizabeth.h@rbltransports.com> wrote:
>> Exciting!
>>
>> I will review and confirm when we are good to go!
>>
>> Get Outlook for Android
>>
>> ---
>>
>> **From:** Sheetal Singh (Director of Finance) <sheetal.s@rbl-inc.com>
>> **Sent:** Saturday, November 26, 2022 1:44:47 PM
>> **To:** Elizabeth Hueber <elizabeth.h@rbltransports.com>
>> **Cc:** Royal Bengal Logistics, INC. Administration <admin@rbl-inc.com>
>> **Subject:** Fwd: Middle Class Doc PREVIEW
>>
>> Good Afternoon Elizabeth
>>
>> Hope you enjoying your weekend.
>>
>> The first preview of Middle class documentary is here for your review. Kindle go through the same and confirm if all is in order. If there are any legal issues of concern to be addressed please let me know.
>>
>> ---------- Forwarded message ---------
>> From: **Lisa Waring** <lwaring.nxg@gmail.com>
>> Date: Fri, Nov 25, 2022 at 12:57 AM
>> Subject: Middle Class Doc PREVIEW
>> To: Sheetal Singh (Director of Finance) <sheetal.s@rbl-inc.com>, Sanjay Singh <sjaysingh@icloud.com>
>> CC: Dorothy Newton <dnewton.nxg@gmail.com>, Sheetal Singh <sheetal.e5@gmail.com>
>>
>> Good morning Sheetal,
>>
>> I hope you have been enjoying your holidays! Thank you so much for your patience. I was trying to get you the preview before Thanksgiving, but due to the size of the file, it took twice as long as anticipated to render, export and upload a copy to YouTube.
>>
>> I have provided the link below, which is unlisted and can only be accessed using the link. Be sure to watch it at the highest YouTube video setting (2160p). More music and credits still need to be added.
>>
>> Middle Class Doc Preview
>> https://youtu.be/0ukjxrZUkgY
>>
>> I have also attached the final invoice for payment.
>>
>> Should you have any questions, please let me know.

Looking forward to hearing from you!

Respectfully,

--
Lisa M. Waring

**NXG Global Productions**
Coral Springs, Florida
910-803-FILM (3456)
www.nxgglobalproductions.com
www.patreon.com/nxgglobal

--
Best Regards,

SHEETAL S.SINGH

Director of Finance



9600 W Sample Rd Suite 100, Coral Springs, FL 33065

Phone : +1(954) 228 7277

https://rbl-inc.com/royal-home

--
ELIZABETH HUEBER, ESQ. -- *General Counsel*

9600 WEST SAMPLE ROAD SUITE 100, Coral Springs FL-33065

Office: 954-840-6874

Email: elizabeth.h@rbltransports.com

www.rbl-inc.com

ROYAL BENGAL LOGISTICS, INC. | DOT NUM: 3149658 | MC: 104106

--
ELIZABETH HUEBER, ESQ. -- *General Counsel*

9600 WEST SAMPLE ROAD SUITE 100, Coral Springs FL-33065

Office: 954-840-6874

Email: elizabeth.h@rbltransports.com

www.rbl-inc.com

ROYAL BENGAL LOGISTICS, INC. | DOT NUM: 3149658 | MC: 104106

