

**Sanjay New Singh**
online

 

> 10:17 PM ✓✓

> But I am not going to depart from my principal that government attempted to divide our collective lives. Once this is over maybe your board should take it on denovo . Extraordinary idea comes with a severe test . I believe that I am part of the test .
> 10:20 PM

> Rest all I appreciate you recognizing my family they all love you and my daughter keep on asking when I am going to Lubbock 😃
> 10:21 PM



> Last question: If the court rescinds all the orders will the board will honor it, let me know when you know. Possibility is very high that court may rescinds all orders.
> 10:30 PM

> Idk. Sounds like a legal question. I'll have to discuss with our attorney.
> 10:31 PM ✓✓

