10:09


**Sanjay New Singh**
online

Set your own default timer.

Today



Case 0:23-cv-61179-DSL   Document 254   Entered on FLSD Docket 05/09/2024   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:23-cv-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMISSION,

  Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC.,
et al.,

  Defendants,

SHETAL SINGH and
CONSTANTINA CELICOURT,

  Relief Defendants.
_____/

**NOTICE SETTING HEARING**

PLEASE TAKE NOTICE that a hearing is scheduled for **Friday, May 31, 2024, at 10:00 a.m.**, on Defendant Sanjay Singh's Amended Motion for Judgment on the Pleadings [ECF No. 180]. Mr. Singh and counsel of record must appear in person at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Southern District of Florida, this 8th day of May, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record
     Sanjay Singh, pro se
     3700 N.W. 109th Avenue
     Coral Springs, FL 33065

9:43 PM

Best wishes.   9:44 PM

Thank you, I am going to crush them 😀
9:45 PM

👍

They lied about everything except name and address
9:45 PM

And the judge is recognizing that