10:09

**Sanjay New  Singh**
online

Best wishes.   9:44 PM ✓✓

Thank you, I am going to crush them 😀   9:45 PM



They lied about everything except name and address   9:45 PM

And the judge is recognizing that   9:46 PM

If I come back with a court order that lease should be reinstated would you consider reinstating?   10:06 PM

No. It's too late. I'm in the middle of leasing it to someone else. I have a termination agreement with the receivers.
Are you planning to get back into the trucking business?   10:08 PM ✓✓

Yes , if you are leasing it to someone else that's fine , how about the 6 acres for development.   10:09 PM