10:16

 **Sanjay New Singh**
online

never allow it.
10:11 PM

I see . I understand that absolutely.
10:11 PM

When the time is right I'll tell you all about what happened on my end.
10:11 PM

I understand
10:12 PM

I just wanted to know what to ask if court present an opportunity
10:12 PM

I understand that.
10:14 PM

Thank you for your response I appreciate it.
10:14 PM

I can't image what you and your family went through but it was also a hard time for me. I didn't sleep for days after your arrest. I was trying to do damage control with media calling me and my board. I was sick for months over it
10:15 PM