

**Sanjay New Singh**
online

> They lied about everything except name and address
> 9:45 PM

> And the judge is recognizing that
> 9:46 PM

> If I come back with a court order that lease should be reinstated would you consider reinstating?
> 10:06 PM

> No. It's too late. I'm in the middle of leasing it to someone else. I have a termination agreement with the receivers.
> Are you planning to get back into the trucking business?
> 10:08 PM

> Yes, if you are leasing it to someone else that's fine, how about the 6 acres for development.
> 10:09 PM

> Honestly Sanjay. I think Reese isn't an option for you. After all we went through my board would never allow it.
> 10:11 PM

