10:11

 Sanjay New Singh
online

> that lease should be reinstated would you consider reinstating?
> 10:06 PM

>> No. It's too late. I'm in the middle of leasing it to someone else. I have a termination agreement with the receivers.
>> Are you planning to get back into the trucking business?
>> 10:08 PM

> Yes, if you are leasing it to someone else that's fine, how about the 6 acres for development.
> 10:09 PM

>> Honestly Sanjay. I think Reese isn't an option for you. After all we went through my board would never allow it.
>> 10:11 PM

> I see. I understand that absolutely.
> 10:11 PM

>> When the time is right I'll tell you all about what happened on my end.
>> 10:11 PM