**Sanjay New Singh**
online

> was trying to do damage control with media calling me and my board. I was sick for months over it
> 10:15 PM

I am sure
10:16 PM

That was Their plan and they succeeded
10:16 PM

> That was a terrible plan indeed.
> 10:17 PM

But I am not going to depart from my principal that government attempted to divide our collective lives. Once this is over maybe your board should take it on denovo . Extraordinary idea comes with a severe test . I believe that I am part of the test .
10:20 PM

Rest all I appreciate you recognizing my family they all love you and my daughter keep on asking when I am going to Lubbock 😃
10:21 PM

❤️