**UNITED STATES OF AMERICA v. SANJAY SINGH**
**CASE NO. 23-60017-CR-DSL**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA**

**Royal Bengal Logistics Inc ("RBL")**
**Investor Metrics**
**For the Period From April 1, 2020 through June 30, 2023**

**Receivership Date:** June 21, 2023

| Description *(Note 1, 2)* | Ref. | Total |
|---|---|---:|
| Estimated Number of Investors | | 1,688 |
| Investor Funds Raised | A | $ 158,626,899 |
| Investor Payments | B | 104,927,033 |
| Investor Loss | C = B - A | $ (53,699,867) |

**[1]** Investors were individuals and/or entities who (i) were listed on RBL's Contact and Companies List (the "CRM Report) exported from the Less Annoying CRM platform, (ii) filed a claim in the Receivership, or (iii) had an investor agreement that was not included on the CRM Report. Approximately 1,591 investors and/or entities fell into this category, contributing a total of $152.9 million in investor funds. Investors often deposited funds either personally or through an associated entity. For the purposes of this analysis, an individual investor and their associated entity were considered a single collective investor.

**[2]** Potential Investors were transactions that KM could not tie to the CRM Report, a claim filed, or an investor agreement but included (1) payor/payees identified in the bank reconciliation who had similar attributes, such as amounts and timing to the transactions categorized as Investors, or had bank memos that referenced investment activity; and (2) ACH transactions and cashier's checks identified in the Bank Reconciliation and were missing bank support to identify the specific payor/payee, but, had similar attributes, such as amounts and timing to the transactions categorized as Investors and were generally related to investor principal, interest and lease payments. Approximately 97 investors and/or entities fell into this category, contributing a total of $5.7 million in investor funds.



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-60117-CR-DSL
EXHIBIT NO. 119-23

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors