UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60117-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SANJAY SINGH,

      **Defendant.**

_____/

### NOTICE OF FILING VICTIM IMPACT STATEMENT

The undersigned Assistant United States Attorney hereby provides notice of filing one Victim Impact Statement.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By: */s/Robert F. Moore*
    Robert F. Moore
    Assistant United States Attorney
    Court Id No. A5502488
    U.S. Attorney's Office
    99 Northeast Fourth Street, Suite 400
    Miami, Florida 33132-2111
    Tel: (305) 961-9411
    Email: Robert.Moore@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 29, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                      */s/Robert F. Moore*
                                      Robert F. Moore
                                      Assistant United States Attorney