

AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   23-cr-60117-DSL

EXHIBIT
NO.   140







Trailer_0004



Trailer_0005



Trailer_0006



Trailer_0007

