UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA.

CASE NO: - 23 - CR - 60117 - DSL.

UNITED STATES AMERICA,

V.

SANJAY SINGH

DT - 01-07-2026.

## MOTION TO COMPEL DEFENSE COUNSEL

DEF SANJAY SINGH IN PRO SE, ASKS THE COURT TO COMPEL THE DEFENSE COUNSEL TO PROVIDE ALL DISCOVERY RECIEVED FROM THE GROVERNMENT OR ANY SUBPOENA RETURNS OR ANY OTHER FORM OF DEFENSE MATERIAL stored Electronically OR OTHEWISE TO THE DEFENDANT IMMEDIATELY.

THE DEFENDANT HAVE EXHAUSTED ALL RESOURCES TO POLITELY ASK FOR DISCOVERY, IT HAS BEEN MORE THAN 1 YEAR SINCE TRIAL WAS Concluded, NORMALLY THE DEFENDANT SHOULD

FILED BY _____ D.C.
JAN 13 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

HAVE ALL DISCOVERY BEFORE THE TRIAL.

THE COURT MUST COMPEL THE DEFENSE COUNSEL FOR THE REASON OBVIOUS, THE COUNSEL IS APPOINTED BY THE COURT.

IF THE COURT DECLINES TO MEDIATE THE DISCOVERY MATTE THE DEFENDANT WILL HAVE NO OTHER CHOICE TO MOVE FOR SANCTION ON THE DEFENSE COUNSEL OR IN ALTERNATIVE TO FILE WRIT PETITION ON THE PENDING MATTER.

RESPECTFULLY Submitted

Sanjay SINGH.

FDC - 65098-510.

SANJAY SINGH
PDC - 65098-570
PO BOX 019120
MIAMI FL-33101

MIAMI FL 330
9 JAN 2026 PM 1 L

REC'D BY_____ D.C.
JAN 13 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO,
THE CLERK OF COURT,
UNITED STATES COURTHOUSE
RN NO: 8N09,
400 N. MIAMI AVE,
MIAMI FL-33128.

33128-771699

