**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-60117-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**SANJAY SINGH,**

**Defendant.**
________________________________/

**ORDER DENYING MOTIONS**

THIS CAUSE came before the Court on the Defendant's Motion for Release Pending Appeal and to Stay Restitution Collection and Inmate Deductions Pending Appeal ("Motion for Release and Stay of Restitution Collection") [ECF No. 385] and Motion for Disqualification and Recusal Pursuant to 28 U.S.C § 455 and Request for Reassignment of Further Proceedings ("Motion to Recuse") [ECF No. 387] (together, "the Motions").

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motions [ECF Nos. 385 and 387] are **DENIED.**

The Motion for Release and Stay of Restitution Collection is denied, principally for the reasons stated in the Government's Response in Opposition [ECF No. 388]. Defendant is not entitled to bond pending appeal as he does not raise any substantial questions of law or fact likely to result in reversal of the Defendant's convictions or a new trial. Further, Defendant is both a risk of flight and an economic danger to the community.

This Court specifically finds and concludes under Rule 38(e) of the Federal Rules of Criminal Procedure that no stay is appropriate.

The Motion to Recuse is also denied, principally for the reasons given in the Government's Response [ECF No. 392]. The Motion is untimely and completely meritless. None of the statements cited or events cited show any bias or basis for recusal.

**DONE AND ORDERED** in the Southern District of Florida on September 24, 2026.

______________________________

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record